UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  :  Plaintiff, | Civil Action No. 05-CV-10983 (NMG) |
| v. : | |
| STEVEN E. NOTHERN, :  Defendant | |

**NOTICE OF PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S CHANGE OF ADDRESS AND TELEPHONE NUMBERS**

The offices of the United States Securities and Exchange Commission's (the "SEC") have moved. The SEC's new address is :

> 100 F. Street, N.E.
> Washington, D.C. 20549-4010A

The new telephone and fax numbers of the SEC's counsel in this matter are as follows:

> Treazure R. Johnson
> 202-551-4491 (telephone)
> 202-772-9246 (fax)

> John J. Rossetti, Jr.
> 202-551-4819 (telephone)
> 202-772-9237(fax)

Counsels' e-mail addresses remain the same.

> Respectfully Submitted,
> _____s/_____
> Treazure R. Johnson (BBO No. 542828)
> Sr. Assistant Chief Litigation Counsel
> SECURITIES AND EXCHANGE COMMISSION
> 100 F. Street, N.E.
> Washington, D.C. 20549-4010A
> 202-551-4491
> 202-772-9246 (fax)