UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN E. NOTHERN, <br><br> Defendant. | Civil Action No. 05-10983 (NMG) |

## NOTICE OF APPEARANCE

Please enter the appearance of John A. Shope of the law firm of Foley Hoag LLP as counsel of record for defendant Steven E. Nothern in the above-captioned matter.

Respectfully submitted,

Dated: July 14, 2005

/s/ John A. Shope
Nicholas C. Theodorou (BBO # 495730)
John A. Shope, (BBO # 562056)
Kevin B. Currid (BBO # 644413)
Jessica V. Barnett (BBO # 650535)
Attorneys for Steven E. Nothern
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
jshope@foleyhoag.com
(617) 832-1000 (Phone)
(617) 832-7000 (Fax)

B3065103.1