UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>STEVEN E. NOTHERN,<br><br>　　　　　Defendant. | Civil Action No. 05-10983 (NMG) |

## NOTICE OF APPEARANCE

Please enter the appearance of Kevin B. Currid of the law firm of Foley Hoag LLP as counsel of record for defendant Steven E. Nothern in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 14, 2005　　　　　　　　/s/ Kevin B. Currid
　　　　　　　　　　　　　　　　　　　Nicholas C. Theodorou (BBO # 495730)
　　　　　　　　　　　　　　　　　　　John A. Shope, (BBO # 562056)
　　　　　　　　　　　　　　　　　　　Kevin B. Currid (BBO # 644413)
　　　　　　　　　　　　　　　　　　　Jessica V. Barnett (BBO # 650535)
　　　　　　　　　　　　　　　　　　　Attorneys for Steven E. Nothern
　　　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　kcurrid@foleyhoag.com
　　　　　　　　　　　　　　　　　　　(617) 832-1000 (Phone)
　　　　　　　　　　　　　　　　　　　(617) 832-7000 (Fax)

B3065104.1