UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN E. NOTHERN,<br><br>    Defendant. | **Civil Action No. 05-10983 (NMG)** |

## NOTICE OF APPEARANCE

Please enter the appearance of Jessica V. Barnett of the law firm of Foley Hoag LLP as counsel of record for defendant Steven E. Nothern in the above-captioned matter.

                                        Respectfully submitted,

Dated: July 14, 2005                    /s/ Jessica V. Barnett
                                        Nicholas C. Theodorou (BBO # 495730)
                                        John A. Shope, (BBO # 562056)
                                        Kevin B. Currid (BBO # 644413)
                                        Jessica V. Barnett (BBO # 650535)
                                        Attorneys for Steven E. Nothern
                                        FOLEY HOAG LLP
                                        155 Seaport Boulevard
                                        Boston, MA 02210
                                        jbarnett@foleyhoag.com
                                        (617) 832-1000 (Phone)
                                        (617) 832-7000 (Fax)

B3065106.1