UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 05-CV-10983 (NMG) |
| Plaintiff, | |
| v. | |
| STEVEN E. NOTHERN, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Erica Y. Williams as Counsel of Record for the Plaintiff United States Securities and Exchange Commission (the "SEC") in the above-captioned matter. Ms. Williams' address is:

>Erica Y. Williams
>100 F Street, N.E.
>Washington, D.C. 20549-4010
>202-551-4450 (telephone)
>202-772-9245 (fax)
>williamse@sec.gov

Please remove Treazure R. Johnson as counsel of record for the SEC.

Date: August 8, 2005                Respectfully submitted,

*/s/ Erica Y. Williams*
Erica Y. Williams
John J. Rossetti Jr.
Counsel for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010
(202) 551-4450 (Williams)
(202) 772-9245 (Fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was served by Federal Express this 8th day of August 2005, on the following:

Nicholas C. Theodorou, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Counsel for Defendant, Steven E. Nothern

_____
Erica Y. Williams