# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (Boston Division)

|  |  |
|---|---|
| UNITED STATES SECURITIES AND ) | |
| EXCHANGE COMMISSION, ) | Civil Action No. 05-CV-10983 (NMG) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| STEVEN E. NOTHERN, ) | |
| ) | |
| Defendant . ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Rossetti Jr. as Counsel of Record for the

Plaintiff United States Securities and Exchange Commission (the "SEC") in the above-

captioned matter.  Mr. Rossetti's address is as follows:

> John J. Rossetti, Jr.
> 100 F Street, N.E.
> Washington, D.C. 20549-4010
> 202-551-4819 (telephone)
> 202-772-9237(fax)
> rossettij@sec.gov

Date: August 8, 2005                    Respectfully submitted,

Erica Y. Williams
John J. Rossetti Jr.
Counsel for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010
(202) 551-4450 (Williams)
(202) 772-9245 (Fax)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of

Appearance was served by Federal Express this 8th day of August 2005, on the

following:

Nicholas C. Theodorou, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Counsel for Defendant, Steven E. Nothern

Erica Y. Williams