**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Boston Division)**

| | | |
|---|---|---|
| | ) | |
| **UNITED STATES SECURITIES AND** | ) | |
| **EXCHANGE COMMISSION,** | ) | **Civil Action No. 05-CV-10983 (NMG)** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **STEVEN E. NOTHERN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**U.S. SECURITIES AND EXHANGE COMMISSION'S MOTION TO STRIKE**
**DEFENDANT STEVEN E. NOTHERN'S**
**AFFIRMATIVE DEFENSE OF ESTOPPEL**

The U.S. Securities and Exchange Commission ("SEC") hereby moves this Court

for an order striking defendant Steven E. Nothern's affirmative defense of estoppel.   The

SEC submits that Northern's estoppel defense should be stricken because it presents no

substantial questions of law or fact and is insufficient as a matter of law.  Further, the

SEC will be prejudiced by an increase in time, expense and complexity if forced to

litigate concerning this defense during discovery and trial.

The SEC's arguments and facts in support of its motion are more fully set forth in

the accompanying Memorandum of Law and Declaration of John J. Rossetti Jr..

Respectfully Submitted,


  /s/ Erica Y. Williams                  
Erica Y. Williams
John J. Rossetti, Jr.
U.S. Securities and Exchange Commissions
100 F Street, N.E.
Washington, D.C. 20549-4010
Phone:    (202) 551-4450 (Williams)
Fax:       (202) 772-9245
williamse@sec.gov

## **LOCAL RULE 7.1 CERTIFICATE**

       I, Erica Y. Williams, attorney for the plaintiff U.S. Securities and Exchange Commission hereby certify that on August 22, 2005, I conferred with John A. Shope, counsel for the defendant Steven E. Nothern, pursuant to local rule 7.1.  The parties were unable to reach a resolution of the matters in dispute in this motion.

                                         __/s/ Erica Y. Williams_____
                                         Erica Y. Williams