UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN E. NOTHERN,<br><br>    Defendant. | CIVIL ACTION No. 05-10983 (NMG) |

## LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that they have conferred with respect to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Steven E. Nothern

_____
Nicholas C. Theodorou (BBO # 495730)
John A. Shope (BBO # 562056)
Kevin B. Currid (BBO # 644413)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd
Boston, MA 02210
Phone: (617) 832-1000
Fax: (617) 832-7000

Dated: October 17, 2005

### Certificate of Service

I, Kevin B. Currid, one of the attorneys for Steven E. Nothern hereby certify that I have served the foregoing on counsel for the Securities and Exchange Commission by first class mail.

_____

B3110247.1