UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN E. NOTHERN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05- 10983 (NMG) |

## CERTIFICATION OF U.S. SECURITIES AND EXHANGE COMMISSION PURUSANT TO LOCAL RULE 16.1(d)(3)

The Plaintiff Securities and Exchange Commission (the "Commission") submits this Certification pursuant to Local Rule 16.1(d)(3). Kenneth R. Lench, the Assistant Director in the Commission's Division of Enforcement assigned to supervise this matter, and undersigned Counsel of Record for the Commission, Erica Y. Williams and John J. Rossetti, Jr., certify that they have conferred in good faith with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and have considered the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: October 17, 2005

                                            Respectfully Submitted,

                                            */s/ Kenneth R. Lench*
                                            Kenneth R. Lench
                                            Assistant Director
                                            Division of Enforcement
                                            U.S. Securities and Exchange Commission
                                            100 F Street, N.E.
                                            Washington, D.C. 20549-4010

                                            */s/ Erica Y. Williams*
                                            Erica Y. Williams
                                            John J. Rossetti, Jr.
                                            U.S. Securities and Exchange Commissions
                                            100 F Street, N.E.
                                            Washington, D.C. 20549-4010
                                            Phone:  (202) 551-4450
                                            Fax:    (202) 772-9245
                                            williamse@sec.gov