UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : Civil Action No. 05-10983 (NMG) |
| Plaintiff, | : : |
| v. | : **ORAL ARGUMENT REQUESTED** |
| STEVEN E. NOTHERN, | : : |
| Defendant. | : : : |

**DEFENDANT STEVEN NOTHERN'S MOTION
TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.1, defendant Steven

E. Nothern hereby moves for an order (a) compelling the plaintiff Securities and Exchange

Commission to produce all relevant documents requested by Nothern that are held by the SEC,

the Treasury Department, the Justice Department, and any other federal agency, and (b)

awarding Nothern his reasonable expenses, including attorneys' fees, incurred in making the

motion.

In support of this Motion, Nothern relies on the Memorandum in Support of Defendant's

Motion to Compel Production of Documents and the Declaration of Kevin B. Currid filed

herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Steven E. Nothern hereby requests the Court to schedule

an oral argument in connection with his Motion to Compel.

STEVEN E. NOTHERN

By his attorneys,


/s/ John A. Shope
Nicholas C. Theodorou, BB0 #495730
John A. Shope, BBO #562056
Kevin B. Currid, BBO #644413
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000


## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) AND 37.1

I, John A. Shope, hereby certify that on December 13, 2005, counsel for the defendant

conferred with counsel for the SEC and attempted in good faith to resolve or narrow the issues

raised in the Motion.

/s/ John A. Shope


Dated:  February 17, 2006