UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : | Civil Action No. 05-10983 (NMG) |
| Plaintiff, | : : | |
| v. | : : | |
| STEVEN E. NOTHERN, | : : : | |
| Defendant. | : : | |

## NOTICE OF APPEARANCE

Robert E. Toone of Foley Hoag LLP respectfully enters his appearance as counsel for defendant Steven E. Nothern in the above-captioned matter.

Respectfully submitted,

Dated: April 14, 2006

/s/ Robert E. Toone
Nicholas C. Theodorou (BBO # 495730)
John A. Shope (BBO # 562056)
Kevin B. Currid (BBO # 644413)
Robert E. Toone (BBO # 663249)
Attorneys for Steven E. Nothern
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000 (Phone)
(617) 832-7000 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 14, 2006.

/s/ Robert E. Toone