## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) | **Civil Action No. 05-10983 (NMG)** |
| ) | |
| v. ) | **ORAL ARGUMENT REQUESTED** |
| ) | |
| STEVEN E. NOTHERN, ) | |
| ) | |
| Defendant. ) | |

### SUPPLEMENTAL DECLARATION OF KEVIN B. CURRID
### FILED IN SUPPORT OF REPLY MEMORANDUM

Kevin B. Currid, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am an attorney for Steven E. Nothern in the above-referenced matter.  I am a member of the Massachusetts bar and the bar of this Court.  Except where otherwise indicated, I make this declaration based upon my own personal knowledge, upon public records and upon the documents related to this action.

2.      On Thursday, March 9, 2006, I spoke to Richard K. Delmar, counsel to the Inspector General for the Department of the Treasury regarding the process followed in 2001 by the Office of Inspector General in completing and distributing a report of investigation and the significance of the date stamped on a report.

3.      Mr. Delmar informed me that the process is governed by chapter 12 of the Special Agent's handbook, which was revised in July 2002, but that the process remained substantially unchanged from the process described in the handbook effective in 2001.

4.     Mr. Delmar stated that the date of the report is merely the date that the assigned assistant inspector general completed the report. The date does not indicate when the investigation was closed or when the report was considered final.

5.     When the report is completed by the assistant inspector general, it is dated and distributed to the management of the bureau implicated in the investigation for comment and possible revision or other follow-up.

6.     Bureau management then has, pursuant to chapter 12.6 of the Special Agent's handbook, thirty (30) days to respond to the report.

7.     Bureau management may choose not to respond, may choose to suggest revisions to the report, or may suggest that additional investigative work should be done.

8.     Mr. Delmar informed me that until the thirty (30) days for possible "management action" have lapsed, the report is not "ready for release" and that sometimes bureau management requires follow-up work to be performed, or for a supplemental report to be written.

9.     Consequently, Mr. Delmar stated that if a Freedom of Information Act ("FOIA") request were submitted during the 30-day period after a report of investigation has been dated and signed, the report of investigation would not be released.

10.    After the 30-day period has lapsed or any follow-up work is completed, the report of investigation is considered final and ready for release. It is not, however, re-dated, but continues to bear the date it was given when the assistant inspector general initially completed the report even if revisions have been made or supplemental information was supplied.

11.    Finally, Mr. Delmar stated that a report of investigation may be subject to a FOIA request and on a case by case basis may be released in response to such a request. If released,

- 2 -

. the report of investigation would be redacted to prevent disclosure of sensitive or  department
personnel information.

12.    I asked Mr. Delmar if the report of investigation is ever released generally to the
Department of the Treasury, and he stated he was not aware of such a practice.

13.    I asked if I could receive a copy of the Special Agent's handbook or the relevant
chapter and was told that I would have to submit a FOIA request, which I have done.  I have not
received a copy of the handbook as of the date of this declaration.

14.    In this litigation the Securities and Exchange Commission ("SEC") has produced
an unredacted copy of a Report of Investigation, dated January 2, 2001, concerning the
Department of the Treasury's Office of Inspector General's investigation of alleged unauthorized
disclosure by unknown Treasury employees of information regarding the suspension of the 30-
year bond.

15.    The SEC has also produced a copy of the Report of Investigation, with a fax cover
sheet dated January 15, 2002 indicating that it received a copy of the Report of Investigation
before the 30-day period for bureau management action lapsed.  A copy of this fax cover sheet is
included in the letters and facsimile transmissions attached hereto as Exhibit A.

16.    Based on my conversation with Mr. Delmar and his description of the Report of
Investigation process, I believe that the record in this litigation shows that the SEC received a
copy of the Report of Investigation before it was final, at a time when revisions could still be
made, and before it would have been released to the public.

17.    True and correct copies of letters and facsimile transmissions exchanged between
the U.S. Department of the Treasury and the U.S. Securities and Exchange Commission between
November 2001 and May 2002 and produced in this matter are attached hereto as Exhibit A.

18.    A true and correct copy of the U.S. Department of the Treasury's response to Nothern's FOIA request dated November 29, 2005 is attached hereto as Exhibit B.

19.    A true and correct copy of the U.S. Department of Homeland Security's response to Nothern's FOIA request (undated, but received by Nothern in January 2006) is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 17, 2006.

Kevin B. Currid

B3174533.4

# EXHIBIT A

**Letters and Facsimile Transmissions Exchanged Between U.S. Department of Treasury and U.S. Securities and Exchange Commission between November 2001-May 2002**



GENERAL COUNSEL

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

November 6, 2001

The Honorable Harvey L. Pitt
Chairman
Securities and Exchange Commission
450 Fifth Street, N.W.
Washington, D.C.  20549

Dear Mr. Chairman:

Per our conversations of Thursday and Friday of last week, I am referring a matter for investigation by the Securities and Exchange Commission. The focus of the inquiry, as more fully detailed in the enclosures to this letter, is an assertion that there may have been trading activity in government securities based upon confidential information learned during an embargoed quarterly funding meeting at the Treasury.

Please keep me advised.

Very truly yours,

David D. Aufhauser
General Counsel

cc:    Mr. Jeffrey Rush
       Mr. Stephen Cutler

11/6/01

To: Andrew Sporkin  SEC
    Phone  202 942 4800
    FAX    202 628 1471

From: Francine Kerner  Treas
      Phone  202 622 1931 (currently @ 703 747 2205 or 2214)
      FAX    202 622 1944
      e-mail  Francine.Kerner@do.treas.go

Comments:
① 10/30 Press Release
② Draft press Release circulated in building
   via e-mail by Betsy Holahan
③ Press Release handed-out 10/31 @end of press conference
④ Press Release about early posting
⑤ E-mail on file update



UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

DIVISION OF
ENFORCEMENT

Rosemary A. Filou
Staff Attorney
Direct dial: 202-942-4768
Facsimile: 202-628-1471

November 7, 2001

## BY HAND

David Aufhauser, Esq.
General Counsel
Department of the Treasury
1500 Pennsylvania Avenue, N.W., Suite 3000
Washington, D.C. 20220
Telephone: (202) 622-0283
Facsimile: (202) 622-2882

Re:    In the Matter of Trading in Certain Treasury Issues (HO-09353)

Dear Mr. Aufhauser:

The staff of the Division of Enforcement is conducting a non-public inquiry in the above matter, regarding trading in certain Treasury issues. In connection therewith, the staff requests that the Department of the Treasury ("Treasury") voluntarily provide us with the documents and information set forth below regarding Treasury's announcement on October 31, 2001, that it would suspend future issuance of the thirty-year Treasury bond (the "30-year bond").

First, the staff asks that Treasury supply a chronology of all disclosures of any kind to any member of the press or public concerning any proposal to suspend the 30-year bond, including but not limited to the circumstances and events surrounding the October 31, 2001 announcement. The chronology should begin with the first disclosure of any kind to any member of the press or public that Treasury might suspend issuance of the 30-year bond, and should continue with a minute-by-minute detail from the start of the October 31, 2001 press conference to its conclusion, the dissemination of materials to the conference attendees, security at the conference, any "embargo" at the conference, the movements of the attendees during and immediately following the conclusion of the conference, the posting of information on the Treasury internet website, any telephone calls Treasury

SECNOTH00121319

David Aufhauser, Esq.
General Counsel
Department of the Treasury
November 7, 2001
Page 2

received pertaining to the announcement, any further action taken regarding the announcement that morning, and any and all other facts and details concerning the announcement that took place prior to 10:00 a.m. on October 31, 2001. With respect to each event identified in the chronology, please include the date and time at which it occurred, the location of the event, the participants and other persons with knowledge or access to knowledge -- including their full names, positions, addresses, and telephone numbers -- and the substance of any communications concerning the 30-year bond announcement. With respect to security and any embargo at the conference, please also indicate in the context of the chronology how the security and embargo were enforced.

Second, please supply the staff with all documents concerning the press conference on October 31, 2001, including but not limited to all documents concerning:
- (a) the agenda for the press conference;
- (b) the speakers at the conference;
- (c) a list of all attendees at the conference and their affiliation;
- (d) all documents distributed at the press conference (please also indicate when those documents were distributed);
- (e) security at the conference -- particularly in relation to who was permitted to attend, and Treasury's policy regarding cellular telephones at press conferences; and
- (f) any "embargo" at the conference, including but not limited to all documents distributed to participants and all documents that participants signed agreeing to embargo information.

In addition, please provide the following information and documents:
- (a) A description of Treasury's policies and practices for press conferences at which embargoed information is presented, including but not limited to how they are typically conducted and where, who is invited to attend, and who is permitted to attend, and all documents related thereto;
- (b) A description of Treasury's policies and practices for embargoes, and all documents related thereto;
- (c) All information and documents concerning Peter Davis, including but not limited to any and all contacts he has had with Treasury since January 1, 2001.
- (d) Identify all announcements, since January 1, 2001, in which information was embargoed, the dates and times of the press conferences and when the embargoes were lifted, and whether Peter Davis was in attendance.

This request should not be construed as an indication by the Commission or its staff that any violations of law have occurred, nor should it be considered an adverse reflection upon any person, entity or security.

David Aufhauser, Esq.
General Counsel
Department of the Treasury
November 7, 2001
Page 3


   With the understanding that production of the requested information is voluntary, please ensure delivery of these documents no later than November 13, 2001 to the following address:

            Rosemary A. Filou, Esq.
            450 Fifth Street, N.W., Mailstop 8-5
            Washington D.C. 20549-0805

   For your information, enclosed please find a copy of SEC Form 1662, which addresses important matters pertaining to Commission requests for information. If you should have any questions regarding this matter, please contact me at (202) 942-4768, or Andrew Sporkin at (202) 942-4800. Thank you.

                    Sincerely,



                    Rosemary A. Filou
                    Staff Attorney


Enclosure



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

November 13 , 2001

**VIA TELECOPIER**

Andrew Sporkin, Esq.
SEC
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

            Re:    SEC Inquiry

Dear Mr. Sporkin:

        Confirming my telephone messages to you and pursuant to your request, I have arranged to have you meet with Ms. Frances Anderson and Mr. Tony Fratto at 4:00 p.m. on Wednesday, November 14, 2001, in the General Counsel's Conference Room. I have also arranged for your requested interviews of Mr. Paul Malvey and Ms. Lula Tyler at 3:00 p.m. on Thursday, November 15, 2001. Based upon your representations of how much time you would like to have to speak to each person, I have reserved the conference room for an hour and a half for each session. I have also cleared my schedule from 12:00 to 12:45 p.m., so that we can discuss your document requests.

        Lastly, Mr. Huther is available at 2:30 p.m. on Tuesday, November 20, 2001. Please let me know at your earliest convenience if you can conduct an interview at that time.

        Attached please find documents related to the admission of individuals to the press conference on October 31, 2001. I will have hard copies awaiting you when you arrive tomorrow.

                    Sincerely,

                    *Megan E. Hills*

                    Megan E. Hills
                    Associate Deputy General Counsel

Attachments: As stated

SECNOTH00103046



## DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

November 14, 2001

<u>**BY HAND**</u>

Andrew Sporkin, Esq.
SEC
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

Re:   <u>SEC Inquiry</u>

Dear Mr. Sporkin:

   Enclosed please find four separate documents:  print-out of a Bloomberg story, dated November 12, 2001 (3 pages), document entitled, "Davis Capital Investment Ideas," (2 pages), Email Print-out entitled, "Treasury Department Sets Procedures for Quarterly Refunding Announcement," from the Office of Public Affairs (1 page), and an email from Peter Fisher, dated November 6, 2001, regarding this investigation (1 page).

       Sincerely,

       *Megan E. Hills*

       Megan E. Hills
       Associate Deputy General Counsel

Enclosures:  As stated



## DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

November 23, 2001

**BY TELECOPIER**

Andrew Sporkin, Esq.
SEC
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

Re:    SEC Inquiry

Dear Mr. Sporkin:

During the interview of Mr. Jeff Huther on November 21, 2001, Mr. Ochs asked Mr. Huther to check his calendar to see whether he could ascertain when Mr. Drew Matus visited his office and when Paul Malvey made an internal announcement to the Market Financing Staff regarding suspension of the thirty year bond. Mr. Huther checked his calendar, which reflects a notation of a meeting with Drew Matus at 1:30 p.m. on October 22, 2001. Mr. Huther's calendar also bears a notation of a staff meeting on October 15, 2001, where it is likely, but not certain, that the decision to suspend the thirty year bond was internally announced.

Mr. Ochs also asked me to check with Undersecretary Peter Fisher as to whether, during early to mid-October, there was a definitive date on which the decision to terminate the long bond was made. At that juncture, such a date cannot be provided, as the decision was still undergoing analysis under the deliberative process.

You have currently expressed no desire to interview any other Treasury personnel. I am aware that, based upon any further inquiry by the SEC, this position may change; however, as I told you on November 9, 2001, any new interviews will have to be completed by November 29, 2001, or after December 17, 2001, as I will be on my honeymoon.

Sincerely,

*Megan E Hills*

Megan E. Hills
Associate Deputy General Counsel

cc:    Undersecretary Peter Fisher
       Mr. Jeff Huther
       Mike Norr, Esq.

6919 Langley Place
University Park, Florida 34201
December 3, 2001

Ms. Rosemary A. Filou
Senior Attorney
U.S. Securities and Exchange Commission
Division of Enforcement
450 5th Street, N.W.
Washington, D.C. 20549-0805

Re: Subpoena Number HO-9353, Trading in Certain Treasury Issues

Dear Ms. Filou:

I am replying to your letter of November 26, enclosing the above-referenced subpoena. As we discussed in our telephone conversation, I have received the letter and subpoena by fax at my hotel in Caracas, Venezuela. I am faxing my response to you and will mail the original to you when I reach my home on December 8, 2001.

1. I do not have in my possession, custody or control any documents concerning Peter Davis' attendance at press conferences at Treasury.

2. I do not have in my possession, custody or control any documents concerning any communications, discussions, or contacts with Peter Davis at any time.

3. I do not keep telephone records. Therefore, I do not have in my possession, custody or control any telephone records from October 1, 2001 to the present.

4. No telephone numbers have been assigned to me from October 1, 2001 to the present.

Sincerely,

Jill K. Ouseley

Jill K. Ouseley



EXHIBIT
# 112
HO-9353 1-7-02

SECNOTH00119480



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

DIVISION OF
ENFORCEMENT

Rosemary A. Filou
Staff Attorney
Direct dial: 202-942-4768
Facsimile: 202-628-1471

December 19, 2001

**VIA FACSIMILE**
**AND FIRST-CLASS MAIL**

Megan Hills, Esq.
Associate Deputy General Counsel
Department of the Treasury
Washington, D.C. 20220
Facsimile: (202) 622-2882

Re:  Trading in Certain Treasury Securities, HO-9353

Dear Megan:

As we discussed on the telephone yesterday afternoon, the staff requests that you
voluntarily provide certain additional information to us in conjunction with the above matter.
Please provide the following at your earliest opportunity:

1.    Business, home, and cellular telephone numbers for (1) Tim Bitsberger;
(2) Brian Roseboro; (3) Jeff Huther; and (4) Paul Malvey.

2.    (a) The telephone numbers for any telephone lines in the Treasury press room;
and (b) The business and cellular telephone numbers for all members of the
Treasury press pool, and any other member of the press who typically reports
on Treasury.

If you should have any questions about this matter, please feel free to contact me at
(202) 942-4768. Thank you for you cooperation.

Sincerely,

Rosemary A. Filou
Senior Attorney

SECNOTH00125932

**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

**DIVISION OF
ENFORCEMENT**

Rosemary A. Filou
Staff Attorney
Direct dial: 202-942-4768
Facsimile: 202-628-1471

January 9, 2002

**VIA FACSIMILE
AND FIRST-CLASS MAIL**

Megan Hills, Esq.
Associate Deputy General Counsel
Department of the Treasury
Washington, D.C. 20220
Facsimile: (202) 622-2882

Re: Trading in Certain Treasury Securities, HO-9353

Dear Megan:

As we discussed on the telephone, the staff requests that you voluntarily provide information concerning any Treasury rules and regulations with respect to visitor passes, specifically those rules and regulations that govern or establish the responsibilities of persons who receive visitor passes.

If you should have any questions about this matter, please feel free to contact me at (202) 942-4768. Thank you for you cooperation.

Sincerely,

Rosemary A. Filou
Senior Attorney



.UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

**DIVISION OF
ENFORCEMENT**

January 9, 2002

**BY FACSIMILE
AND FIRST-CLASS MAIL**

Mr. Michael Tarr
Assistant Inspector General for Investigations
Department of the Treasury
740 Fifteenth Street, N.W., Suite 500
Washington, D.C. 20220
Facsimile: (202) 927-5421

Re:  In the Matter of Trading in Certain Treasury Issues, HO-9353

Dear Mr. Tarr:

Your special agent, Michael Knorr, has informed the staff of the Division of
Enforcement that your office has completed a report of investigation concerning the matter of
the Department of the Treasury's October 31, 2001, quarterly refunding announcement. We
understand that you will send the report to the General Counsel at Treasury, as well as the
Office of Public Affairs and Undersecretary Fisher. The Division of Enforcement requests that
you voluntarily provide a copy of the report to the Division of Enforcement prior to its release
to the Department of Treasury.

If you should have any questions about this matter, please contact Rosemary Filou at
(202) 942-4768. Thank you for you cooperation.

Sincerely,

William R. Baker III
Associate Director



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.  20220

JAN 1 0 2002

OFFICE OF
INSPECTOR GENERAL

William R. Baker III
Associate Director
Securities and Exchange Commission
450 Fifth Street, N.W.
Washington, D.C.  20549-0805

Subject:  Matter of Trading in Certain Treasury Issues, HO-9353
          OIG Case Number:  2002-0104

Dear Mr. Baker:

Reference is made to your facsimile letter dated January 9, 2001, requesting an advance copy of our Report of Investigation (ROI) relating to the captioned subject.

The ROI was issued on this date to the appropriate personnel at the Department of the Treasury.  The Inspector General did not wish to release an advance copy of the report. It is my understanding that Senior Investigator Knorr of my staff informed members of your staff as to the recipients of the report.

If you have any questions concerning this matter, please contact me at (202) 927-5260, or a member of your staff may contact Senior Investigator Mike Knorr, at (202) 927-5369.

Sincerely,

Michael C. Tarr
Assistant Inspector General
for Investigations

SECNOTH00124405

JAN-15-2002 TUE 09:27 AM TREAS OIG INVESTIGATIONS    FAX NO. 202 927 5421    P. 01



### Facsimile Transmittal Sheet

### DEPARTMENT OF THE TREASURY
### OFFICE OF INSPECTOR GENERAL
### OFFICE OF INVESTIGATIONS
740 15th Street, N.W., Suite 500
Washington, DC 20220



Telephone Number: (202) 927-5260
Facsimile Number: (202) 927-5421

DATE: _____ 1/14/02 ___ ( 1/15/02 )

TO: _____ Andrew Sporkin - SEC

FAX NUMBER: _____ 628 - 1471

VOICE NUMBER: _____

FROM: _____ Mike Knorr

COMMENTS/SPECIAL INSTRUCTIONS:
2nd try

_POTIONS OF THIS INFORMATION MAY BE SENSITIVE._

TOTAL NUMBER OF PAGES (INCLUDING FAX HEADER): _15_

SECNOTH00103706



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

DIVISION OF
ENFORCEMENT

Rosemary A. Filou
Staff Attorney
Direct dial: 202-942-4768
Facsimile: 202-628-1471

January 16, 2002

**VIA FACSIMILE
AND FIRST-CLASS MAIL**

John Vardaman, Esq.
Special Assistant to the General Counsel
Department of the Treasury
Washington, D.C. 20220
Facsimile: (202) 622-2882

Re: Trading in Certain Treasury Issues, HO-9353

Dear John:

I write to memorialize the staff's request that you voluntarily produce Paul Malvey's copy of the 1999 Davis Capital Investment Ideas newsletter regarding a "crack debt management team" at Treasury. In addition, the staff asks that you voluntarily inform us of the current address along with any other contact information Treasury may possess for former Deputy Assistant Secretary of the Treasury Roger Anderson.

If you should have any questions about this matter, please feel free to contact me at (202) 942-4768. Thank you for you cooperation.

Sincerely,

Rosemary A. Filou
Senior Attorney



**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

DIVISION OF
ENFORCEMENT

Rosemary A. Filou
Staff Attorney
Direct dial: 202-942-4768
Facsimile: 202-628-1471

February 26, 2002

**VIA FACSIMILE**
**AND FIRST-CLASS MAIL**

John Vardaman, Esq.
Special Assistant to the General Counsel
Department of the Treasury
Washington, D.C. 20220
Facsimile: (202) 622-2882

Re: Trading in Certain Treasury Issues, HO-9353

Dear John:

I write to request that you voluntarily produce the embargo times for the May 2, 2001, and August 1, 2001, quarterly refunding announcements. To the extent that the information was documented in any form, please supply those documents. If the embargo was orally announced, please indicated who announced the embargo time and when the announcement was made, as well as the embargo time itself. Please provide the information via fax to me at (202) 628-1471.

If you should have any questions about this matter, please feel free to contact me at (202) 942-4768. Thank you for you cooperation.

Sincerely,

Rosemary A. Filou
Senior Attorney

SECNOTH00125769



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

RECEIVED

2002 MAR 18 AM 8: 36

March 4, 2002

ENFORCEMENT

**BY FACSIMILE AND FIRST CLASS MAIL**

Rosemary A. Filou, Esq.
Senior Attorney
SEC
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

        Re:    **SEC Inquiry**

Dear Rosemary:

    This letter is in response to your letter dated February 26, 2002, wherein you requested information regarding the May 2, 2001, and August 1, 2001, quarterly refunding announcements.

    I forwarded your request to Tony Fratto, Director of the Office of Public Affairs, who was responsible for announcing the embargo at both the May 2, 2001, and August 1, 2001, quarterly refunding announcements. Though it has been some time, Mr. Fratto recalls that the May 2nd announcement started shortly after 9:00 a.m. and ended around 9:25 a.m., while the August 1st announcement started precisely at 9:00 a.m. and lasted until approximately 9:30 a.m. As is the custom, Mr. Fratto orally issued a 15-20 minute embargo at the conclusion of the news conference following both announcements. Accordingly, the May 2nd embargo was in effect from approximately 9:25 a.m. until 9:45 a.m., and the August 1st embargo from 9:30 a.m. until 9:50 a.m. The Treasury Department did not issue any documents in regard to either embargo, nor is it the Treasury Department's practice to do so.

    If you have any further inquiries, please do not hesitate to call me (202) 622-1963.

                   Sincerely,

                   John W. Vardaman, III
                   Special Assistant to the General Counsel

cc:    Michael C. Knorr

SECNOTH00103313



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

DIVISION OF
ENFORCEMENT

Rosemary A. Filou
Staff Attorney
Direct dial: 202-942-4768
Facsimile: 202-628-1471

March 7, 2002

**BY FACSIMILE
AND FIRST-CLASS MAIL**

Mr. Michael Tarr
Assistant Inspector General for Investigations
Department of the Treasury
740 Fifteenth Street, N.W., Suite 500
Washington, D.C. 20220
Facsimile: (202) 927-5421

Re: <u>In the Matter of Trading in Certain Treasury Issues, HO-9353</u>

Dear Mr. Tarr:

As we discussed with Special Agent Michael Knorr earlier today, we request that you inform us whether anyone has reported to the Office of Inspector General a leak stemming from any quarterly refunding press announcement at Treasury in the last ten years, and, if so, whether or not the Office of Inspector General investigated the report.

If you should have any questions about this matter, please feel free to contact me at (202) 942-4768. Thank you.

Sincerely,

Rosemary A. Filou
Senior Attorney



**OFFICE OF
INSPECTOR GENERAL**

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.  20220

MAR 2 1 2002

Ms. Rosemary A. Filou
Staff Attorney
United States
Securities and Exchange Commission
Division of enforcement
450 Fifth Street, NW
Washington, D.C. 20549-0805

    Re:  <u>In the Matter of Trading in Certain Treasury Issues, HO-9353</u>

Dear Ms. Filou:

Reference is made to your facsimile request, dated March 7, 2002, and to subsequent
telephone conversations between Senior Attorney Andrew Sporkin of your office and
Michael Knorr.

On March 14 and 18, 2002, a record search was conducted by the Office of Inspector
General, Office of Investigations, through the Investigation Data Management System
(IDMS).  Names and phrases within the parameters of our query included quarterly
refunding, press announcements, Market Finance, and the name Peter Davis.  With the
exception of information contained in our most recent Report of Investigation, a copy of
which was previously provided to your office, our IDMS record search disclosed no
relevant information.

                Sincerely,

                *Michael c Knorr*

        *for*  James W. Burke
             Special Agent in Charge

RECEIVED
2002 MAR 25 PM 4: 27
ENFORCEMENT

SECNOTH00124364



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

April 5, 2002

**BY FACSIMILE AND FIRST CLASS MAIL**

Rosemary A. Filou, Esq.
Senior Attorney
SEC
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

        Re:    <u>SEC Inquiry</u>

Dear Rosemary:

    In response to your request, this letter is intended to clarify my March 4, 2002, letter regarding the embargo times for the May 2, 2001, and August 1, 2001, quarterly refunding announcements.

    To be clear, at the conclusion of the press conference on May 2, Tony Fratto, Director of the Office of Public Affairs, announced that an embargo was in effect until approximately 9:45 a.m. At the conclusion of the press conference on August 1, Mr. Fratto announced that an embargo was in effect until approximately 9:50 a.m.

    If you have any further inquiries, please do not hesitate to call me at (202) 622-1963.

                     Sincerely,

                     John W. Vardaman, III
                     Special Assistant to the General Counsel

cc:   Michael C. Knorr



## DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

April 19, 2002

RECEIVED 2002 MAY -3 AM 4:06 ENFORCEMENT

**BY FACSIMILE AND FIRST CLASS MAIL**

Rosemary A. Filou, Esq.
Senior Attorney
SEC
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

      Re:    SEC Inquiry

Dear Rosemary:

      In response to your letter dated April 17, 2002, enclosed please find a November 14, 2001 press release from the Office of Public Affairs regarding the Treasury Department's new procedures for quarterly refunding announcements. This constitutes the only official Treasury communication of the change in procedures.

      As we discussed this morning, I am still in the process of determining how to obtain records reflecting each occasion that Peter J. Davis, Jr. entered the Main Treasury building. I will keep you apprised as more information becomes available.

      If you have any further inquiries, please do not hesitate to call me at (202) 622-1963.

              Sincerely,

              John W. Vardaman, III
              Special Assistant to the General Counsel

cc:    Michael C. Knorr

SECNOTH00103326



# DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

May 2, 2002

## BY FACSIMILE AND FIRST CLASS MAIL

Rosemary A. Filou, Esq.
Senior Attorney
SEC
450 Fifth Street, N.W.
Washington, D.C. 20549-0805

        Re:    <u>SEC Inquiry</u>

Dear Rosemary:

      Yesterday you requested copies of the "pre-announcement" statements issued by the Treasury Department prior to the May, August and October 2001 Quarterly Refunding Press Conferences.

      As we discussed today, there are three components to a Quarterly Refunding announcement. The announcement itself always takes place on a Wednesday morning at the end of the first month of a quarter. On Monday of that week, Treasury announces its Market Financing Estimates, which set forth Treasury's public debt activity during the preceding quarter, the ending cash balance, borrowing estimates for the following quarter, and projected ending cash balances. On Tuesday, the Director of the Office of Macroeconomic Analysis (usually) delivers a status report on the current state of the U.S. economy to the Treasury Borrowing Advisory Committee.

      Copies of both documents issued pursuant to the May, August and October 2001 Quarterly Refunding announcements are enclosed herewith.

      If you have any further inquiries, please do not hesitate to call me at (202) 622-1963.

               Sincerely,

               John W. Vardaman, III
               Special Assistant to the General Counsel

cc:    Michael C. Knorr

SECNOTH00103347

# EXHIBIT B

**U.S. Department of Treasury's Response To
Nothern's FOIA Request dated November 29, 2005**



# DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

November 29, 2005

RE: 2005-11-046

Mr. Kevin B. Currid
Foley Hoag LLP
Attorneys At Law
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Dear Mr. Currid:

Your Freedom of Information Act (FOIA) request dated November 11, 2005, was received in this office.

One of the offices to which your request has been assigned is experiencing a substantial backlog of FOIA requests and cannot meet the normal time limits. They have established an orderly procedure for responding to requests, which is generally on a first-in, first-out basis. Be assured that your request will be answered as soon as possible.

Further inquiries concerning this request should make reference to the identification number at the top of this letter and should be faxed to 202-622-3895 or mailed to:

FOIA/PA Request
Disclosure Services
Department of the Treasury
Washington, DC 20220

As of March 1, 2003, the U.S. Secret Service was transferred to the Department of Homeland Security and is no longer a bureau of the Department of the Treasury. You may want to also send your FOIA request to the following address:

Freedom of Information Act Request
U. S. Secret Service
950 H Street, NW
Suite 3000
Washington, DC 20223

Sincerely,

Alana Johnson
Director, Disclosure Services

# EXHIBIT C

## U.S. Department of Homeland Security's Response To Nothern's FOIA Request received January 2006



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

*Received Jan. 2006*

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Foley Hoag LLP
Attorneys At Law
Seaport World Trade Center West
1550 Seaport Blvd
Boston, MA  02210-2600
Attn: Kevin B. Currid

File Number:   20050765 - 20050803

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy Acts requests received by the United States Secret Service on December 20, 2005, for information pertaining to the following:

File No. 20050765 - Copies, including drafts and supplemental reports of the United States Department of the Treasury, Office of Inspector General's, Report of Investigation No. 2002-0104;

File No. 20050766 - All documents provided to the United States Securities and Exchange Commission ("SEC") concerning the events investigated in case number 2002-0104;

File No. 20050767 - All communications with the SEC concerning the events investigated in case number 2002-0104, including without limitation all communications with SEC attorneys Andrew Sporkin and Rosemary Filou;

File No. 20050768 - All documents concerning the government's announcement by Peter R. Fisher, Treasury, Under Secretary for Domestic Finance, to suspend issuance of the 30-year bond during the quarterly refunding meeting press conference at Treasury on October 31, 2001;

File No. 20050769 - All documents concerning the Treasury Office of Public Affair's posting of Mr. Fisher's announcement on the Treasury Department's web site on October 31, 2001;

File No. 20050770 - All documents, including without limitation any interview notes or summaries from interviews conducted of Treasury Webmaster David Borowski;

File No. 20050771 - All documents concerning the identification of the individuals who attended the quarterly refunding press conference at Treasury on October 31, 2001;

File No. 20050772 - All documents, including drafts, concerning a memorandum, dated November 5, 2001 by Treasury Associate Deputy Counsel Megan Hills regarding the Office of General Counsel's contact with Ward McCarthy;

File No. 20050773 - All documents, including drafts, concerning a memorandum, dated November 6, 2001 by Treasury Associate Deputy Counsel Megan Hills regarding the Office of General Counsel's contact with Fran Bermanzohn, General Counsel, for the 6th Income Division, Goldman Sachs Brokerage;

File No. 20050774 - All documents, including drafts, concerning a memorandum, dated November 9, 2001 by Treasury Associate Deputy Counsel Megan Hills;

File No. 20050775 - All documents concerning any communications with Goldman Sachs Brokerage in connection with the Office of Inspector General's case number 2002-0104, including without limitation all interview notes, transcripts or summaries;

File No. 20050776 - All documents concerning any communications with Massachusetts Financial Services Company ("MFS") in connection with the Office of Inspector General's case number 2002-0104, including without limitation all interview notes, transcripts or summaries;

File No. 20050777 - All documents, including drafts, concerning a memorandum, dated November 5, 2001 from the Treasury Office of General Counsel regarding the identification of the individuals who attended the quarterly refunding press conference at Treasury on October 31, 2001;

File No. 20050778 - All documents concerning referral letter of David D. Aufhauser, General Counsel, dated November 6, 2001;

File No. 20050779 - All documents concerning a memorandum of Thomas M. McGivern, Counsel to the General Counsel, dated Novermber 6, 2001;

File No. 20050780 - All documents concerning a memorandum of Steven Vagle, Office of the General Counsel, undated;

File No. 20050781 - All documents concerning a memorandum of Sgt. John Muskette, USSS, UD, Appointment Center dated Novermber 6, 2001;

File No. 20050782 - All documents concerning e-mail messages of Jill Cetina, dated October 31, 2001;

File No. 20050783 - All documents regarding Office of Inspector General's case number 2002-0104 concerning any of the following individuals, including without limitation all interview notes, transcripts, or summaries: Frances Anderson, Public Information Coordinator, Office of Public Affairs, Jill Cetina, International Economist, Office of Foreign Exchange Operations, Peter Davis, Tony Fratto, Director, Office of Public Affairs, Elizabeth Holahan, Public Affairs Specialist, Office of Public Affairs, Jeff Huther, Financial Economist, Office of Market Finance, Paul Malvey, Director, Office of Market Finance, Brian Roseboro, Assistant Secretary for Market Finance, and Lula Tyler, Administrative Assistant, Office of Market Finance;

File No. 20050784 - All documents concerning the admittance of Peter Davis to the quarterly refunding press conference at Treasury on October 31, 2001;

File No. 20050785 - All documents concerning the admittance of Peter Davis to any press conference at Treasury from 1996 through 2001;

File No. 20050786 - All documents concerning communications between Peter Davis and Paul Malvey, Jill Ouseley, or Lula Tyler;

File No. 20050787 - All documents concerning Department of the Treasury policies concerning information embargos enforced at Treasury press conference from 1996 through 2001;

File No. 20050788 - All documents concerning the implementation and enforcement by the Department of Treasury of 31 C.F.R. §§ 407.5 and 407.14 and all other regulations concerning the requirement of all persons on Treasury property to comply with the instructions of Treasury guards, with official signs of a prohibitory nature, and with the directions of other authorized officials;

File No. 20050789 - All documents concerning any Freedom of Information Requests regarding Office of Inspector General, case number 2002-0104;

File No. 20050790 - All documents concerning the investigation and/or lawsuit relating to the SEC Administrative Proceeding entitled In the Matter of Massachusetts Financial Services Company, File No. 3-11241;

File No. 20050791 - All documents produced pursuant to a subpoena, FOIA request or otherwise, concerning the investigation and/or lawsuit relating to the SEC Administrative Proceeding entitled In the Matter of Massachusetts Financial Services Company, File No. 3-11241;

File No. 20050792 - All documents concerning the investigation and/or lawsuit relating to the civil action captioned as, United States Securities and Exchange Commission v. Peter J. Davis, Jr. et al., Civil Action No. 03-6672 (S.D.N.Y.);

File No. 20050793 - All documents produced pursuant to a subpoena, FOIA request or otherwise, concerning the investigation and/or lawsuit relating to the civil action captioned as, United States Securities and Exchange Commission v. Peter J. Davis, Jr. et al., Civil Action No. 03-6672 (S.D.N.Y.);

File No. 20050794 - All documents concerning the lawsuit relating to the civil action captioned as, Premium Plus Partners, L.P. v. Peter J. Davis, Jr. et al., Civil Action No. 04-1851 (N.D.ILL.), including without limitation all deposition transcripts;

File No. 20050795 - All documents produced pursuant to a subpoena, FOIA request or otherwise, concerning the lawsuit relating to the civil action captioned as, Premium Plus Partners, L.P. v. Peter J. Davis, Jr. et al., Civil Action No. 04-1851 (N.D.ILL.);

File No. 20050796 - All documents concerning the investigation and/or criminal action captioned as, United States of America v. Peter Davis, Criminal Action No. 03-1054 (S.D.N.Y.);

File No. 20050797 - All documents produced pursuant to a subpoena, FOIA request or otherwise, concerning the investigation and/or criminal action captioned as, <u>United States of America v. Peter Davis,</u> Criminal Action No. 03-1054 (S.D.N.Y.);

File No. 20050798 - All documents concerning the investigation and/or criminal action captioned as, <u>United States of America v. John Youngdahl</u>, Criminal Action No. 03-0991 (S.D.N.Y.);

File No. 20050799 - All documents produced pursuant to a subpoena, FOIA request or otherwise, concerning the investigation and/or criminal action captioned as, <u>United States of America v. John Youngdahl</u>, Criminal Action No. 03-0991 (S.D.N.Y.);

File No. 20050800 - All documents concerning communications with Merrill Lynch regarding bond transactions on October 31, 2001 including, without limitation, documents concerning allegations of insider trading;

File No. 20050801 - All communications with, MFS, the SEC, or the Department of Justice or the United States Attorney's Office for the Southern District of New York or any other district concerning the subject matter of Office of Inspector General case number 2002-0104;

File No. 20050802 - All documents produced pursuant to subpoena, FOIA request or otherwise, concerning the investigation and/or lawsuit relating to the SEC Administrative Proceeding entitled <u>In the Matter of Goldman, Sachs & Co.,</u> File No. 3-11240; and

File No. 20050803 - All documents produced pursuant to a subpoena, FOIA request or otherwise, concerning the investigation and/or lawsuit relating to the SEC Administrative Proceeding entitled <u>In the Matter of John M. Youngdahl</u>, File No. 3-11349.

A search for files responsive to your requests is being conducted. When the results of the search are known, you will be notified.

Please use the file numbers indicated above in all future correspondence with this office.

We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible.

Sincerely,

Kathy J. Lyerly
SAIC
Freedom of Information &
Privacy Acts Officer