UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : **Civil Action No. 05-10983 (NMG)** <br> : |
| Plaintiff, | : |
| v. | : |
| STEVEN E. NOTHERN, | : |
| Defendant. | : |

### JOINT MOTION TO ALLOW PLAINTIFF SECURITIES AND EXCHANGE COMMISSION LEAVE TO TAKE THE DEPOSITION OF DEFENDANT STEVEN E. NOTHERN AFTER THE FACT DISCOVERY CUTOFF

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Steven E. Nothern through their respective counsel of record jointly move that the SEC be granted leave to take the deposition of Defendant Steven E. Nothern after the December 15, 2006 fact discovery cutoff. The parties agree that the SEC will complete the deposition of Mr. Nothern no later than January 31, 2007. The parties are requesting this extension of time to take Mr. Nothern's deposition due to unforeseen scheduling conflicts that have arisen with counsel.

The parties certify that they have conferred and agreed upon this joint motion. No memorandum of law or affidavit is submitted in support of this motion because there are no disputed issues of fact or law, and the relief requested is within the Court's discretion.

WHEREFORE, the parties jointly request the following relief:

A.   Grant Plaintiff SEC leave to take the deposition of Defendant Steven E. Nothern

- 2 -

after the fact discovery cutoff of December 15, 2006, and prior to January 31, 2007.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/ Erica Y. Williams | /s/ John A. Shope |
| Erica Y. Williams | Nicholas C. Theodorou (BBO # 495730) |
| John J. Rossetti, Jr. | John A. Shope (BBO # 562056) |
| U.S. Securities and Exchange Commission | Robert E. Toone (BBO # 663249) |
| 100 F Street, N.E. | FOLEY HOAG LLP |
| Washington, D.C. 20549-4010 | 155 Seaport Boulevard |
| Phone: (202) 551-4450 | Boston, MA 02210 |
| Fax: (202) 772-9245 | Phone: (617) 832-1000 |
| williamse@sec.gov | Fax: (617) 832-7000 |
| | jshope@foleyhoag.com |