UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN E. NOTHERN,<br><br>Defendant. | **Civil Action No. 05-10983 (NMG)** |

## ASSENTED TO MOTION TO CONTINUE MOTIONS HEARING

Plaintiff Securities and Exchange Commission ("SEC") moves to continue the hearing on Defendant's Renewed Motion To Compel Production Of Documents (Docket # 44) and Defendant's Motion For Order To Show Cause (Docket # 49), currently scheduled for December 22, 2006 at 11:00 a.m., to January 4, 2007 at 2:30 p.m. Counsel for the SEC has consulted with the Court's clerk, who confirmed the Court's availability on January 4, 2007 at 2:30 p.m.

The SEC certifies that it has conferred with counsel for Defendant Steven E. Nothern, who assents to this motion. No memorandum of law or affidavit is submitted in support of this motion because there are no disputed issues of fact or law, and the relief requested is within the Court's discretion.

WHEREFORE, the SEC requests the following relief:

A. Grant the SEC's request to continue the motions hearing, currently scheduled for December 22, 2006 at 11:00 a.m., to January 4, 2007 at 2:30 p.m.

Dated:  December 12, 2006 　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　   /s/ Erica Y. Williams_____

　　　　　　　　　　　　　　　　　　　　　Erica Y. Williams
　　　　　　　　　　　　　　　　　　　　　John J. Rossetti, Jr.
　　　　　　　　　　　　　　　　　　　　　U.S. Securities and Exchange Commissions
　　　　　　　　　　　　　　　　　　　　　100 F Street, N.E.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20549-4010
　　　　　　　　　　　　　　　　　　　　　Phone:   (202) 551-4450
　　　　　　　　　　　　　　　　　　　　　Fax:     (202) 772-9245
　　　　　　　　　　　　　　　　　　　　　williamse@sec.gov