## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (Boston Division)

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) | **Civil Action No. 05-CV-10983 (NMG)** |
| **Plaintiff,** | ) |  |
| **v.** | ) ) |  |
| **STEVEN E. NOTHERN,** | ) ) |  |
| **Defendant.** | ) |  |

### U.S. SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT REGARDING THE PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG FROM THE U.S. DEPARTMENT OF TREASURY

On December 8, 2006, the Court ordered the SEC to provide it with a status report of the Department of Treasury's ("Treasury") production of a privilege log related to its responses to the SEC's June 30, 2006 voluntary request for production of documents in advance of the scheduled hearing on Defendant Steven E. Nothern's Motion to Compel Production of Documents and Motion For Order To Show Cause. The following is a status of the privilege log and additional production that the SEC has received from Treasury.

On December 19, 2006, Treasury produced approximately 141 pages of documents, a privilege log, and a cover letter to counsel for the SEC and counsel for Nothern. A copy of Treasury counsel's cover letter is attached hereto as Exhibit 1. In the letter, Treasury counsel stated that Treasury had completed its production in response to the SEC's June 30, 2006 request.

The privilege log produced by Treasury, which details the documents that Treasury has withheld from its production in this case, or produced in redacted form, and provides the bases for Treasury's privilege claims, is attached hereto as Exhibit 2.

Additionally Treasury provided Nothern's counsel with a letter on December 19, 2006 responding to Nothern's letter of September 19, 2006 requesting a "disc" referenced during the deposition testimony of Frances Anderson. A copy of this letter is attached hereto as Exhibit 3. Treasury counsel noted that both Treasury's information technology staff and Ms. Anderson conducted searches for the requested information on computer diskette and on Ms. Anderson's hard drive, but the information was not found.

Dated:  December 22, 2006                    Respectfully Submitted,

   /s/ Erica Y. Williams
Erica Y. Williams
John J. Rossetti, Jr.
U.S. Securities and Exchange Commissions
100 F Street, N.E.
Washington, D.C. 20549-4010
Phone:   (202) 551-4450
Fax:       (202) 772-9245
williamse@sec.gov

EXHIBIT 1



# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C. 20220

December 19, 2006

<u>**BY E-MAIL**</u>

Erica Y. Williams
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

      Re: Request for documents in *Securities and Exchange Commission v. Steven E. Nothern,*
         Case No. 05-10983

Dear Ms. Williams:

This is the final in a series of responses to your June 30, 2006 letter. Your letter submitted pursuant to Treasury's *Touhy* regulations requests documents related to Treasury's quarterly refunding announcement for U.S. government securities on October 31, 2001. This production completes Treasury's response to the request for documents in Attachment A to your letter. Where appropriate, redactions have been made to privileged information. An index of withheld documents and the privileges claimed with regard to those documents also is included with this letter.

As noted in our August 3, 2006 letter to you, certain portions of your request appeared to be unduly burdensome. Specifically,

1. Paragraph (b) sought "all correspondence, including e-mails and letters, between any official or employee at Treasury including, but not limited to, Peter Fisher, Brian Roseboro, Roger Anderson, Jill Ousley, Paul Malvey, and Lula Tyler, concerning attendance at Treasury refunding conferences and/or any rule of confidentiality or 'embargo' pertaining thereto." We limited our search to the files of persons reasonably expected to have responsive materials. Thus, we searched the above mentioned employees, the Office of Domestic Finance and the Office of Public Affairs. To require the Department to search the files of all current and former employees would put an enormous strain on the Department's resources and is without justification.

2. Paragraph (c) sought "all appointment logs, daily calendars, or other documents showing meetings between Pete Davis and any official at Treasury, including but not limited to Peter Fisher, Brian Roseboro, Roger Anderson, Jill Ousley, Paul Malvey, and Lula Tyler." We limited our search to the files of persons reasonably expected to have responsive materials. Thus, we searched the above mentioned employees, the Office of Domestic Finance and the Office of Public Affairs. To require the Department to search the files of all current and

former employees would put an enormous strain on the Department's resources and is without justification.

3. Paragraph (g) sought "all documents concerning the use of press embargos from January 1, 1994 to present." To require the Department to search its files for such a broad date range would put an enormous strain on the Department's resources and is without justification. We limited our search to 1998 to the present.

Additionally, paragraph (n) of your June 30, 2006 letter sought documents related to Treasury's Office of Inspector General's Investigation number 2002-0104. All documents relating to paragraph (n) are either privileged and accounted for in the index of withheld documents or already have been produced either in previous productions to the SEC or in response to a November 11, 2005 FOIA request (FOIA Request No. 2005-11-046) from defendant's counsel. With that said, however, those previously produced documents do not constitute a waiver of any existing or future privileges that the Treasury department may assert regarding these or any other documents relating to paragraph (n).

This response, coupled with our previous responses, completes our production with regard to your June 30, 2006 request pursuant to Treasury's *Touhy* regulations. With regard to our production, we note that to the extent that we have already produced a particular document, we will not be producing it again and we will not be producing those documents prepared specifically for the purpose of responding to your document requests.

If you have any questions, please call me at 202-622-2317, or Christian Furey at 202-622-5441.

Sincerely,

*Thomas M. McGivern*

Thomas M. McGivern


cc: John Rossetti, Esq. (By e-mail)
U.S. Securities and Exchange Commission

John Shope, Esq. (By e-mail)
Nicholas Theodorou, Esq. (By e-mail)
Robert Toone, Esq. (By e-mail)
Foley Hoag LLP

EXHIBIT 2

December 19, 2006

**UNITED STATES DEPARTMENT OF THE TREASURY'S**
**INDEX OF WITHHELD DOCUMENTS**
**PURSUANT TO THE SECURITIES AND EXCHANGE COMMISSION'S *TOUHY* REQUEST**
**IN CASE NO. 05-10983 (*SECURITIES AND EXCHANGE COMMISSION V. STEVEN E. NOTHERN*)**

| DOC. NO. | DATE | TYPE OF DOCUMENT | AUTHOR | RECIPIENT(S) | GENERAL SUBJECT MATTER | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| TREAS-00001 | October 22, 2001 | Email | Betsy Holahan | Michele Davis, Peter Fisher | Press roundtable discussion with Peter Fisher | Withheld in part. Deliberative Process. Internal discussions and recommendations concerning strategies for senior Treasury official to best communicate Quarterly Refunding announcement. |
| TREAS-00004 | October 22, 2001 | Email | Michele Davis | Peter Fisher Cc: Betsy Holahan | Press roundtable discussion with Peter Fisher | Withheld in part. Deliberative Process. Internal discussions and recommendations concerning which news outlets would best communicate Treasury's approach to the Quarterly Refunding. |
| TREAS-00005 | October 27, 2001 | Email | Tony Fratto | David Monroe, Donald Hammond, David Lebryk, Brian Roseboro, Timothy Bitsberger, Paul Malvey, Jeff Hutler, Jared Gross Cc: Christopher Kubeluis, Betsy Holahan | Draft of Borrowing Announcement | Withheld in part. Deliberative Process. Internal draft document regarding market borrowing in preparation for a subsequent meeting. |
| TREAS-00006 | October 29, 2001 | Email | Tony Fratto | Michele Davis, Betsy Holahan, Robert Nichols | Draft Schedule of Refunding Announcement | Withheld in part. Deliberative Process. Internal draft document from agency personnel regarding schedule and strategy of communicating Quarterly Refunding. |

**CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY**

| DOC. NO. | DATE | TYPE OF DOCUMENT | AUTHOR | RECIPIENT(S) | GENERAL SUBJECT MATTER | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| TREAS-00097 | October 29, 2001 | Email | Timothy Bitsberger | Betsy Holahan | Draft Schedule of Refunding Announcement. | Withheld in part. Deliberative Process. Internal draft document from agency personnel regarding schedule and strategy of communicating Quarterly Refunding. |
| TREAS-00008 | October 29, 2001 | Email | Brian Roseboro | Paul Malvey Cc: Betsy Holahan | Draft Schedule of Refunding Announcement. | Withheld in part. Deliberative Process. Internal draft document from agency personnel regarding schedule and strategy of communicating Quarterly Refunding. |
| TREAS-00009-00013 | October 30, 2001 | Email | Betsy Holahan | Tony Fratto, Michele Davis Cc: Jared Gross | Press roundtable discussion with Peter Fisher | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel regarding strategies to best communicate Treasury's policies at the Quarterly Refunding. |
| TREAS-00015 | October 29, 2001 | Email | Robert Nichols | Betsy Holahan, Michele Davis, Tony Fratto Cc: Timothy Bitsberger, Brian Roseboro, Jared Gross, Jeff Huther, Paul Malvey | Draft Schedule of Refunding Announcement. | Withheld in part. Deliberative Process. Internal draft document from agency personnel regarding schedule and strategy of communicating Quarterly Refunding. |
| TREAS-00016 | November 1, 2001 | Email | Michele Davis | Betsy Holahan | Q&As for White House regarding end of 30-year bond | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel for White House press office on 30-year bond announcement. |
| TREAS-00617 | November 1, 2001 | Email | Tony Fratto | Michele Davis | Q&As for White House regarding end of 30-year bond | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel for White House press office on 30-year bond announcement. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

2

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-60019 | November 2, 2001 | Email | Tony Fratto | Michele Davis, Betsy Holahan | Response to Press relating to Refunding Announcement | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel for Treasury Department response to 30-year bond announcement. |
| TREAS-00020 | November 5, 2001 | Email | Robert Nichols | DL_Spokesmen | Discussion of Policy regarding talking to Press | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel in formulating the Treasury Department's response to the 30-year bond announcement. |
| TREAS-00021 | November 6, 2001 | Email | Tony Fratto | Michele Davis Cc: Marie Strickler | Discussion of new procedures for Quarterly Refunding. | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel relating to Treasury Department's procedures for clearing in reporters. |
| TREAS-00022 | November 14, 2001 | Email | Betsy Holahan | Michele Davis | Discussion of interviews about Quarterly refunding. | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel regarding Treasury's response to press inquiries into the Quarterly Refunding investigation. |
| TREAS-00023 | January 28, 2002 | Email | Robert Nichols | Betsy Holahan, Jeffery West Cc: Frances Anderson, Tony Fratto | Discussion of Website procedures and content for website for January 30, 2002 Quarterly Refunding. | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel regarding procedures for uploading documents to website. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

3

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00024-00028 | November 15, 2001 | Email | Megan Hills | Tony Fratto | Legal Strategy regarding Press | Withheld in part. Attorney Client. Law Enforcement; Work Product; Deliberative Process. Internal document from agency counsel provided in a confidential attorney client communication discussing legal strategy in dealing with the Press. Draft letter from Agency counsel to SEC counsel clarifying facts obtained pursuant to internal investigation and was for the dominant purpose of conducting or aiding in the conduct of legal proceedings. |
| TREAS-00033 | October 3, 2001 | Email | Tim Adams | Tony Fratto | Discussion of Quarterly Refunding Announcement | Withheld in part. Deliberative Process. Work Product. Law Enforcement. Internal document summarizing factual investigation and provided to Agency attorney in a confidential attorney-client communication. The document was part of agency personnel's decision making process. |
| TREAS-00038 | November 14, 2001 | Email | Tony Fratto | Michele Davis | Discussion of and Changes to the Quarterly Refunding Announcement | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. |
| TREAS-00039 | November 14, 2001 | Email | Robert Nichols | Tony Fratto | Discussion of and Changes to the Quarterly Refunding Announcement | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. |
| TREAS-00040 | November 13, 2001 | Email | Tony Fratto | David Aufhauser Cc: Peter Fisher | Legal Strategy sought relating to Quarterly Refunding Procedures | Withheld in part. Attorney Client. Internal document to Agency General Counsel in a confidential attorney-client communication. It relays information between agency personnel relating to proposed legal strategies and was for the dominant purpose of requesting or receiving legal advice. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

4

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00041-00042 | November 8, 2001 | Email | Tony Fratto | David Aufhauser | Legal Strategy sought relating to Quarterly Refunding | Withheld in part. Attorney Client. Internal document to agency counsel in a confidential attorney-client communication. It relays legal information between agency personnel and agency counsel and was part of agency personnel's decision making process. The document was for the dominant purpose of requesting or receiving legal advice. |
| TREAS-00043-00044 | November 8, 2001 | Email | Tony Fratto | Michele Davis, Betsy Holahan Cc: Robert Nichols | Discussion relating to Quarterly Refunding | Withheld in part. Attorney Client. Deliberative Process. It relays legal information between agency personnel and was part of agency personnel's decision making process. The document contains mental impressions, analysis and legal advice from agency counsel to agency personnel in a confidential attorney-client communication. |
| TREAS-00045-00047 | October 31, 2001 | Email | Timothy Bitsberger | Tony Fratto | Discussion relating to Quarterly Refunding | Withheld in part. Attorney Client. Deliberative Process. It relays legal information between agency personnel and was part of agency personnel's decision making process. The document contains mental impressions, analysis and legal advice from agency counsel to agency personnel in a confidential attorney-client communication. |
| TREAS-00048-00050 | October 31, 2001 | Email | Tony Fratto | Michele Davis | Discussion relating to Quarterly Refunding | Withheld in part. Attorney Client. Deliberative Process. It relays legal information between agency personnel and was part of agency personnel's decision making process. The document contains mental impressions, analysis and legal advice from agency counsel to agency personnel in a confidential attorney-client communication. |

5

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00051-00053 | October 31, 2001 | Email | Paul Malvey | Timothy Bitsberger, Jeff Huther, Brian Roseboro, Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Jared Gross, Robert Nichols, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in part. Attorney Client. Deliberative Process. It relays legal information between agency personnel and was part of agency personnel's decision making process. The document contains advice and recommendations from agency personnel about agency policies and statements. |
| TREAS-00054-00055 | October 31, 2001 | Email | Tony Fratto | David Aufhauser | Discussion relating to Quarterly Refunding | Withheld in part. Attorney Client. Deliberative Process. It relays legal information between agency personnel and was part of agency personnel's decision making process. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to Agency General Counsel in a confidential attorney-client communication for the dominant purpose of requesting or receiving legal advice. |
| TREAS-00056-00057 | November 8, 2001 | Email | Betsy Holahan | Peter Fisher | Discussion relating to Quarterly Refunding. Press Release | Withheld in part. Attorney Client. Deliberative Process. Internal document to agency counsel in a confidential attorney-client communication. It relays legal information between agency personnel and agency counsel and was part of agency personnel's decision making process. The document contains mental impressions and legal analysis from Agency counsel to client. |

6

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00058 | November 6, 2001 | Email | Tony Fratto | Betsy Holahan, Michele Davis, Robert Nichols | Discussion relating to Quarterly Refunding. Statement | Withheld in part. Attorney Client. Deliberative Process. Internal document between agency personnel relaying agency counsel advice and recommendations. The document contains mental impressions and legal analysis from Agency counsel to client. |
| TREAS-00059 | November 2, 2001 | Email | Betsy Holahan | Michele Davis | Discussion relating to Quarterly Refunding Incident | Withheld in part. Deliberative Process. Internal document between agency personnel and was part of agency personnel's decision making process. The document contains advice and recommendations from agency personnel about agency polices and statements. |
| TREAS-00060 | November 14, 2001 | Email | Brian Roseboro | Tony Fratto, Michele Davis, Robert Nichols, Betsy Holahan, Peter Fisher, Timothy Bitsberger, Jared Gross | Discussion relating to the Quarterly Refunding Press Release | Withheld in part. Deliberative Process. Internal draft document between agency personnel. The document contains advice and recommendations from agency personnel and relays legal information from agency counsel. |
| TREAS-00061-00062 | October 31, 2001 | Email | Tony Frato | Betsy Holahan | Discussion relating to Quarterly Refunding. | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. |

7

**CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY**

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00063-30064 | October 31, 2001 | Email | Paul Malvey | Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding. | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement |
| TREAS-00065 | October 31, 2001 | Email | Michele Davis | Tony Fratto, Paul Malvey, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding. | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. |
| TREAS-00066 | October 31, 2001 | Email | Tony Fratto | Brian Roseboro, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Paul Malvey, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan | Discussion relating to Quarterly Refunding. | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. |

8

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00067 | October 31, 2001 | Email | Betsy Holahan | Peter Fisher | Discussion relating to Quarterly Refunding. Press Release | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. |
| TREAS-00068-00070 | October 27, 2001 | Email and attachments | David Monroe | Donald Hammond, Brian Roseboro, Timothy Bitsberger, David Lebryk, Paul Malvey, Jeff Huther, Jared Gross, Tony Fratto Cc: Betsy Holahan, Christopher Kubelus | Draft of Quarterly Refunding Announcement | Withheld in part. Deliberative Process. Internal draft documents containing advice and opinions of agency personnel about agency policies relating to the Quarterly Refunding announcement. |
| TREAS-00071-00075 | October 30, 2001 | Email and attachments | Jared Gross | Peter Fisher, Donald Hammond, Brian Roseboro, Timothy Bitsberger, David Lebryk, Paul Malvey, David Monroe, Jeff Huther, Richard Clarida Cc: Betsy Holahan | Latest Draft of Quarterly Refunding Announcement | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel about Treasury official's statement relating to the Quarterly Refunding announcement. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

9

10

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00076 | October 30, 2001 | Email | Jared Gross | Peter Fisher, Donald Hammond, Brian Roseboro, Timothy Bitsberger, David Lebryk, Paul Malvey, David Monroe, Jeff Huther, Richard Clarida Cc: Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in part. Deliberative Process. Internal draft document containing advice and opinions of agency personnel about Treasury official's statement relating to the Quarterly Refunding announcement. |
| TREAS-00077 | November 05-November 11, 2001 | Calendar | Peter Fisher | Peter Fisher | Calendar Entries | Withheld in part. Non-responsive |
| TREAS-00078-00081 | February 2, 2001 | Memorandum | Donald V. Hammond | Secretary Paul O'Neill | Recent developments in the Office of the Under Secretary for Domestic Finance | Withheld in part. Non-responsive |
| TREAS-00082 | January 14, 2002 | Letter | Megan E. Hills | Rosemary Filou | Deputy Secretary Roseboro's mobile telephone number. | Withheld in part. Privacy Act of 1974, 5 U.S.C. § 552 |
| TREAS-00083 | November 4, 2001 | Email | Tom McGivern | JT Young, John Duncan, Amy Smith Cc: David Aufhauser, George Wolfe, Traci Sanders, Steven Vagle | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information compiled for law enforcement purposes and was provided in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

11

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00084-00085 | November 5, 2001 | Email | JT Young | David Aufhauser | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. The document contains information from agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information compiled for law enforcement purposes and was provided in a confidential attorney client communication. |
| TREAS-00086-00087 | November 5, 2001 | Email | Peter Fisher | David Aufhauser | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. Privacy Act of 1974, 5 U.S.C. § 552. The document contains information from agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information compiled for law enforcement purposes and was provided in a confidential attorney client communication. |
| TREAS-00088-00089 | November 5, 2001 | Email | David Aufhauser | Peter Fisher | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. Privacy Act of 1974, 5 U.S.C. § 552. The document contains information from agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information compiled for law enforcement purposes and was provided in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00090-00091 | November 5, 2001 | Email | David Aufhauser | Peter Fisher | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. The document contains information from agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information compiled for law enforcement purposes and was provided in a confidential attorney client communication. |
| TREAS-00092-00093 | November 5, 2001 | Email | David Aufhauser | Tom McGivern, JT Young, John Duncan, Amy Smith Cc: George Wolfe, Traci Sanders, Steven Vagle, Francine Kerner, Peter Fisher | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. The document contains information from agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information compiled for law enforcement purposes and was provided in a confidential attorney client communication. |
| TREAS-00094 | November 6, 2001 | Email | Tony Fratto | David Aufhauser | 30 Year Bond Investigation | Withheld in part. Work Product. Attorney Client. The document contains a confidential attorney client communication which discussises legal strategy in responding to press inquiries concerning the 30 year bond investigation. |
| TREAS-00095 | November 6, 2001 | Email | Michele Davis | Tony Fratto | Procedures for clearing in reporters | Withheld in part. Deliberative Process. Internal document containing opinions and advice from agency personnel relating to Treasury Department's procedures for clearing in reporters. |

12

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00096-00097 | October 31, 2001 | Email | Tim Adams | David Aufhauser | 30 Year Bond Investigation | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. The document provides legal advice from Agency General Counsel |
| TREAS-00098-00100 | November 14, 2001 | Email | Tony Fratto | Megan Hills | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00101-00102 | November 5, 2001 | Email | Janet Jones (on behalf of John Duncan) | David Aufhauser, Tom McGivern, JT Young, John Duncan, Amy Smith Cc: George Wolfe, Traci Sanders, Steven Vagle, Francine Kerner, Peter Fisher | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. The document contains information from agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes and was provided in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

13

14

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00103-00104 | November 5, 2001 | Email | Peter Fisher | David Aufhauser | 30 Year Bond Investigation | Withheld in part. Work Product. Law Enforcement. Attorney Client. The document contains information from agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes and was provided in a confidential attorney client communication. |
| TREAS-00105 | November 29, 2001 | Email | Paul Malvey | Cindy Reese Cc: Roberta McInerney, Peter Bieger | Meeting of the TBAC | Withheld in full. Attorney Client. Internal document to agency counsel provided in a confidential attorney client communication for the dominant purpose of receiving legal advice relating to Treasury Borrowing Advisory Committee procedures. |
| TREAS-00106 | December 4, 2001 | Email | Paul Malvey | Roberta McInerney, Peter Bieger | TBAC | Withheld in full. Attorney Client. Internal document to agency counsel provided in a confidential attorney client communication for the dominant purpose of receiving legal advice relating to Treasury Borrowing Advisory Committee procedures. |
| TREAS-00107 | December 11, 2001 | Email | Paul Malvey | Jeff Huther | TBAC | Withheld in full. Attorney Client. Internal document between agency personnel relaying confidential attorney client communication from agency counsel relating to Treasury Borrowing Advisory Committee procedures |
| TREAS-00108 | December 11, 2001 | Email | Paul Malvey | Debby Perelmuter | TBAC | Withheld in full. Attorney Client. Internal document between agency personnel relaying confidential attorney client communication from agency counsel relating to Treasury Borrowing Advisory Committee procedures |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| DOC. NO. | DATE | TYPE OF DOCUMENT | AUTHOR | RECIPIENT(S) | GENERAL SUBJECT MATTER | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| TREAS-00109 | January 11, 2002 | Email | Megan Hills | David Aufhauser | SEC Request to OIG | Withheld in full. Work Product. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. |
| TREAS-00110 | November 5, 2001 | Email | Francine Kerner | David Aufhauser | 30 Year Bond | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00111 | October 31, 2001 | Email | Tony Fratto | David Aufhauser Cc: Tim Adams, Michele Davis, Peter Fisher, Brian Roseboro, Timothy Bittsberger, Jared Gross, Robert Nichols, Betsy Holahan | Discussion of Quarterly Refunding Announcement | Withheld in full. Attorney Client. Internal document summarizing factual investigation and provided to Agency General Counsel in a confidential attorney-client communication for the dominant purpose of requesting or seeking legal advice. |
| TREAS-00112 | October 31, 2001 | Email | David Aufhauser | Elizabeth Vannoy | Discussion of Quarterly Refunding Announcement | Withheld in full. Attorney Client. Internal document summarizing factual investigation and provided to Agency General Counsel in a confidential attorney-client communication for the dominant purpose of requesting or seeking legal advice. |

15

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00113 | October 31, 2001 | Email | David Aufhauser | Tim Adams | Discussion of Quarterly Refunding Announcement | Withheld in full. Attorney Client. Work Product. Law Enforcement. Internal document summarizing factual investigation and provided to Agency General Counsel in a confidential attorney-client communication for the dominant purpose of requesting or seeking legal advice. The document contains mental impressions and analysis from Agency General Counsel to agency personnel in a confidential attorney-client communication. |
| TREAS-00114-00116 | November 5, 2001 | Email | David Aufhauser | Elizabeth Vannoy | Announcement Suspending the Issuance of the 30 Year Bond | Withheld in full. Work Product. Law Enforcement. Internal document summarizing factual investigation and provided to Agency General Counsel. The document contains mental impressions and analysis from Agency counsel to Agency General Counsel and was for the dominant purpose of conducting or aiding in the conduct of the contemplated legal proceedings. |
| TREAS-00117-00119 | November 4, 2001 | Email | Francine Kerner | David Aufhauser Cc: Peter Bieger, Stephen McHale, Elizabeth Vannoy | Announcement Suspending the Issuance of the 30 Year Bond | Withheld in full. Work Product. Law Enforcement. Internal document summarizing factual investigation and provided to Agency General Counsel. The document contains mental impressions and analysis from Agency counsel to Agency General Counsel and was for the dominant purpose of conducting or aiding in the conduct of the contemplated legal proceedings. |

16

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| DOC. NO. | DATE | TYPE OF DOCUMENT | AUTHOR | RECIPIENT(S) | GENERAL SUBJECT MATTER | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| TREAS-00120-00121 | November 2, 2001 | Email | Francine Kerner | David Aufhauser | Announcement Suspending the Issuance of the 30 Year Bond | Withheld in full. Work Product. Law Enforcement. Internal document summarizing factual investigation and provided to Agency General Counsel. The document contains mental impressions and analysis from Agency counsel to Agency General Counsel and was for the dominant purpose of conducting or aiding in the conduct of the contemplated legal proceedings. |
| TREAS-00122 | November 6, 2001 | Email | Megan Hills | David Aufhauser, Francine Kerner Cc: Tom McGivern | Interviews by the SEC | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. |
| TREAS-00123 | November 6, 2001 | Email | Francine Kerner | Megan Hills Cc: Tom McGivern, Daivd Aufhauser | Interviews by the SEC | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00124 | November 6, 2001 | Email | David Aufhauser | Tom McGivern, Megan Hills | Interviews by the SEC | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00125 | November 6, 2001 | Email | David Aufhauser | Tony Fratto | 30 Year Bond | Withheld in full. Attorney Client. Internal document between Agency General Counsel and agency personnel relaying legal advice in a confidential attorney client communication. The document contains legal advice. |

**CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY**

17

18

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00126 | November 5, 2001 | Email | Francine Kerner | David Aufhauser, Tom McGivern, Traci Sanders, Stephen McHale | October 30 Press Release | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00127 | December 20, 2001 | Email | Paul Malvey | Megan Hills | Personal Information | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00128 | November 23, 2001 | Email | Jeff Huther | Megan Hills | Interview Follow-up Questions relating to Personal Calendar | Withheld in full. Work Product. Law Enforcement. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00129 | January 9, 2002 | Email | Jeff Huther | Megan Hills | Personal Information | Withheld in full. Work Product. Law Enforcement. Attorney Client. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|----------|------|------------------|--------|--------------|------------------------|------------------------|
| TREAS-00130 | January 9, 2002 | Email | Megan Hills | Tony Fratto | Treasury Regulations Relating to Visitors | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to agency personnel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00131 | December 31, 2001 | Email | Timothy Bitsberger | Megan Hills | Personal Information | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00132 | January 11, 2002 | Email | Brian Roseboro | Megan Hills | Personal Information | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00133 | January 9, 2002 | Email | Megan Hills | David Aufhauser Cc: John Vardaman III | SEC Request to OIG | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

19

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| DOC. NO. | DATE | TYPE OF DOCUMENT | AUTHOR | RECIPIENT(S) | GENERAL SUBJECT MATTER | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| TREAS-00134 | December 20, 2001 | Email | Brian Roseboro | Megan Hills | Personal Information | Withheld in full. Work Product. Law Enforcement. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00135 | September 9, 2003 | Email | Brian Roseboro | Jeff Huther | 30 Year Bond Case Update | Withheld in full. Work Product. Attorney Client. Law Enforcement. Agency personnel communication relating to conducting or aiding in the conduct of contemplated legal proceedings. Agency counsel explains potential legal implications in public communications. The document contains information contemplated for law enforcement purposes. |
| TREAS-00136 | September 9, 2003 | Email | Brian Roseboro | Jeff Huther | 30 Year Bond Case Update | Withheld in full. Work Product. Attorney Client. Law Enforcement. Agency personnel communication relating to conducting or aiding in the conduct of contemplated legal proceedings. Agency counsel explains potential legal implications in public communications. The document contains information contemplated for law enforcement purposes. |
| TREAS-00137 | December 20, 2001 | Email | Jeff Huther | Megan Hills | Personal Information | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

20

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00138 | December 19, 2001 | Email | Tony Fratto | Megan Hills | SEC Investigation | Withheld in full. Work Product. Law Enforcement. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00139 | February 28, 2002 | Email | Tony Fratto | Betsy Holahan, John Vardaman III | SEC Investigation | Withheld in full. Work Product. Law Enforcement. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00140 | November 9, 2001 | Letter | Megan Hills | Mike Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to OIG counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00141-00142 | November 9, 2001 | Letter | Megan Hills | Mike Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to OIG investigator for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

21

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00143 | November 9, 2001 | Letter | Megan Hills | Andrew Sporkin | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00144 | November 13, 2001 | Letter | Megan Hills | Andrew Sporkin | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00145 | November 14, 2001 | Letter | Megan Hills | Andrew Sporkin | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00146 | November 15, 2001 | Letter | Megan Hills | Andrew Sporkin Cc: Tony Fratto, Michael Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

22

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00147-00148 | November 23, 2001 | Letter | Megan Hills | Andrew Sporkin Cc: Peter Fisher, Jeff Huther, Mike Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00149 | November 29, 2001 | Letter | Megan Hills | Andrew Sporkin Cc: Mike Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00150-00151 | December 20, 2001 | Letter | Megan Hills | Rosemary Filou Cc: Mike Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00152 | December 21, 2001 | Letter | Megan Hills | Rosemary Filou Cc: Mike Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

23

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00153 | January 5, 2002 | Letter | Megan Hills | Rosemary Filou Cc: Mike Norr | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00154-00156 | January 10, 2002 | Letter | Megan Hills | Rosemary Filou Cc: Mike Norr, John Vardaman | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00157-00158 | January 14, 2002 | Letter | Megan Hills | Rosemary Filou Cc: Mike Norr, John Vardaman | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Privacy Act of 1974, 5 U.S.C. § 552. Draft agency counsel communication to SEC counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00159 | November 15, 2001 | Email | Megan Hills | Tony Fratto | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to agency personnel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

24

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00160 | May 2, 2002 | Email | Tony Fratto | John Vardaman III | SEC Inquiry | Withheld in full. Work Product. Law Enforcement. Agency personnel communication to agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00161 | November 6, 2001 | Email | Peter Fisher | Tom McGivern, David Aufhauser Cc: Brian Roseboro | Quarterly Refunding Investigation | Withheld in full. Work Product. Attorney Client. Internal document to agency counsel in a confidential attorney-client communication. It relays factual information for the dominant purpose of seeking guidance from Agency General Counsel in his professional capacity. |
| TREAS-00162 | November 6, 2001 | Email | David Aufhauser | Megan Hills | Quarterly Refunding Investigation | Withheld in full. Work Product. Attorney Client. Internal document to agency counsel in a confidential attorney-client communication. It relays factual information for the dominant purpose of seeking guidance from Agency General Counsel in his professional capacity. |
| TREAS-00163 | November 7, 2001 | Email | Megan Hills | David Aufhauser | Quarterly Refunding Investigation | Withheld in full. Work Product. Attorney Client. Internal document to agency counsel in a confidential attorney-client communication. It relays factual information for the dominant purpose of seeking guidance from Agency General Counsel in his professional capacity. |
| TREAS-00164 | August 15, 2002 | Letter | John Vardaman III | Robert Hotz | Quarterly Refunding Investigation | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to United States Attorneys Office counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

25

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00165 | November 14, 2001 | Email | Tony Fratto | Michele Davis, Robert Nichols, Betsy Holahan, Peter Fisher, Brian Roseboro, Timothy Bitsberger, Jared Gross | Discussion of and Changes to the Quarterly Refunding Announcement. | Withheld in full. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. |
| TREAS-00166-00167 | October 29, 2001 | Email | Jared Gross | Robert Nichols | Draft Schedule of Refunding Announcement. | Withheld in full. Deliberative Process. Internal draft document containing opinions and advice from agency personnel regarding schedule and strategy of communicating Quarterly Refunding. |
| TREAS-00168 | November 14, 2001 | Email | Brian Roseboro | Tony Fratto, Michele Davis, Robert Nichols, Betsy Holahan, Peter Fisher, Timothy Bitsberger, Jared Gross | Discussion of and Changes to the Quarterly Refunding Announcement | Withheld in full. Deliberative Process. Internal draft document containing opinions and advice of agency personnel regarding Quarterly Refunding announcement. |
| TREAS-00169-00170 | October 25, 2001 | Email | Jeff Huther | Brian Roseboro | Draft Schedule of Refunding Announcement | Withheld in full. Deliberative Process. Internal draft document containing opinions and advice of agency personnel regarding schedule and strategy of communicating Quarterly Refunding. |
| TREAS-00171 | October 29, 2001 | Email | Brian Roseboro | John Duncan Cc: Amy Smith, Amy Best | Draft Schedule of Refunding Announcement | Withheld in full. Deliberative Process. Internal draft document containing opinions and advice of agency personnel regarding schedule and strategy of communicating Quarterly Refunding. |

26

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00172-00173 | January 23, 2002 | Email (with attachment) | Brian Roseboro | Michele Davis, David Aufhauser Cc: Betsy Holahan, George Wolfe, Roberta McInerney | Draft Response to OIG | Withheld in full. Deliberative Process. Work Product. Attorney Client. Internal draft document from agency personnel to Agency counsel and agency personnel containing opinions and advice relating to the Quarterly Refunding investigation. The document was provided in a confidential attorney client communication and was for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. |
| TREAS-00174 | November 1, 2001 | Email | David Borowski | Mayi Canales, Vicki Waizenegger | Web site problems | Withheld in full. Work Product. Agency personnel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information for law enforcement purposes. |
| TREAS-00175 | November 23, 2001 | Email | Jeff Huther | Megan Hills | Interview Follow-up Questions relating to Personal Calendar | Withheld in full. Work Product. Law Enforcement. Agency personnel communication to Agency counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00176 | November 2, 2001 | Email | Steven Vagle | Mayi Canales Cc: Tom McGivern, David Borowski | Dave Borowski | Withheld in full. Work Product. Law Enforcement. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information for law enforcement purposes. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

27

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00177 | November 2, 2001 | Email | Mayi Canales | Steven Vagle | Dave Borowski | Withheld in full. Work Product. Law Enforcement. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information for law enforcement purposes. |
| TREAS-00178 | November 2, 2001 | Email | Tom McGivern | Mayi Canales Cc: Steven Vagle, Traci Sanders | Dave Borowski | Withheld in full. Work Product. Law Enforcement. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information for law enforcement purposes. |
| TREAS-00179 | November 5, 2001 | Email | Francine Kerner | John Duncan | October 30 Press Release | Withheld in full. Work Product. Law Enforcement. Agency counsel communication to Agency General Counsel for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00180-00181 | November 4, 2001 | Email | Steven Vagle | Tom McGivern | 30 Year Bond | Withheld in part. Work Product. Law Enforcement. Attorney Client. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information for law enforcement purposes and was provided in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

28

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00182-00189 | November 2, 2001 | Memorandum | Thomas M. McGivern | David Aufhauser, George Wolfe | Weekly Report | Withheld in full. Non-responsive. Work Product. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information for law enforcement purposes. |
| TREAS-00190-00196 | December 19, 2001 | Email with attachments | Karen Dorsey | Amy Smith Cc: Tom McGivern, Cindy Reese, Paul Malvey, Timothy Bitsberger, Jeff Huther, Roberta McInerney, Peter Bieger | Treasury Draft Bill on TBAC | Withheld in full. Attorney Client. Deliberative Process. Agency personnel communication containing opinions and advice on draft legislation. The document contains privileged communication between agency counsel and client which was sought for the purpose of legal guidance. |
| TREAS-00197-00203 | December 19, 2001 | Email with attachments | Jeff Huther | Paul Malvey | Treasury Draft Bill on TBAC | Withheld in full. Attorney Client. Deliberative Process. Agency personnel communication containing opinions and advice on draft legislation. The document contains privileged communication between agency counsel and client which was sought for the purpose of legal guidance. |
| TREAS-00204 | October 31, 2001 | Email | Tony Fratto | Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Paul Malvey, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

29

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00205 | October 31, 2001 | Email | Timothy Bitsberger | Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Paul Malvey, Jared Gross, Robert Nichols, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00206 | October 31, 2001 | Email | Brian Roseboro | Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Paul Malvey, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00207 | October 31, 2001 | Email | Paul Malvey | Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00208 | October 31, 2001 | Email | Michele Davis | Paul Malvey, Tony Fratto, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00209 | October 31, 2001 | Email | Tony Fratto | Brian Roseboro, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Paul Malvey, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00210 | October 31, 2001 | Email | Tony Fratto | Michele Davis, Paul Malvey, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

31

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00211 | October 3, 2001 | Email | Michele Davis | Paul Malvey, Tony Fratto, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00212-00213 | October 31, 2001 | Email | Tony Fratto | Michele Davis, Paul Malvey, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00214-00215 | October 31, 201 | Email | Paul Malvey | Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

32

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00216-00217 | October 31, 2001 | Email | Brian Roseboro | Tony Fratto, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams, David Aufhauser Cc: Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00218-00219 | October 31, 2001 | Email | Tony Fratto | David Aufhauser Cc: Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther, Tim Adams, Peter Fisher, Paul Malvey, Michele Davis, Brian Roseboro | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00220-00221 | October 31, 2001 | Email | Jeff Huther | Brian Roseboro, Tony Fratto, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams, David Aufhauser Cc: Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

33

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00222-00223 | October 31, 2001 | Email | Timothy Bitsberger | Jeff Huther, Brian Roseboro, Tony Fratto, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams, David Aufhauser Cc: Jared Gross, Robert Nichols, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00224-00225 | October 31, 2001 | Email | Paul Malvey | Timothy Bitsberger, Jeff Huther, Brian Roseboro, Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Jared Gross, Robert Nichols, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00226-00227 | October 31, 2001 | Email | Timothy Bitsberger | Paul Malvey, Jeff Huther, Brian Roseboro, Tony Fratto, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams, David Aufhauser Cc: Jared Gross, Robert Nichols, Betsy Holahan | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

**CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY**

34

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00228 | October 31, 2001 | Email | David Aufhauser | Tony Fratto, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of Agency General Counsel and agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00229-00230 | October 31, 2001 | Email | Tony Fratto | David Aufhauser, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

35

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00231-00233 | October 31, 2001 | Email | Paul Malvey | Timothy Bitsberger, Jeff Huther, Brian Roseboro, Tony Fratto, Michele Davis, Peter Fisher, Tim Adams, David Aufhauser Cc: Jared Gross, Robert Nichols, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00234-00255 | October 31, 2001 | Email | David Aufhauser | Tony Fratto, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams Cc: Brian Roseboro, Jared Gross, Robert Nichols, Timothy Bitsberger, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of Agency General Counsel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |

36

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00236-00237 | October 31, 2001 | Email | Timothy Bitsberger | David Aufhauser, Tony Fratto, Michele Davis, Paul Malvey, Peter Fisher, Tim Adams Cc: Brian Roseboro, Jared Gross, Robert Nichols, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between agency personnel to agency counsel in a confidential attorney client communication. |
| TREAS-00238-00240 | October 31, 2001 | Email | Tony Fratto | Timothy Bitsberger, Michele Davis, Paul Malvey Cc: Brian Roseboro, Jared Gross, Betsy Holahan, Jeff Huther | Discussion relating to Quarterly Refunding | Withheld in full. Attorney Client. Deliberative Process. Internal draft document containing advice and opinions of agency personnel regarding Quarterly Refunding announcement. The document contains advice and recommendations from agency personnel about agency policies and statements. The document relays information between and to agency personnel and agency counsel in a confidential attorney client communication. |
| TREAS-00241 | October 29, 2001 | Email | Betsy Holahan | Michele Davis, Tony Fratto, Robert Nichols Cc: Timothy Bitsberger, Brian Roseboro, Jared Gross, Jeff Huther, Paul Malvey | Draft Schedule of Refunding Announcement. | Withheld in part. Deliberative Process. Internal draft document from agency personnel containing opinions and advice regarding schedule and strategy of communicating Quarterly Refunding. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

37

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|----------|------|------------------|--------|--------------|------------------------|------------------------|
| TREAS-00242 | October 29, 2001 | Email | Betsy Holahan | Michele Davis, Tony Fratto, Robert Nichols Cc: Timothy Bitsberger, Brian Roseboro, Jared Gross, Jeff Huther, Paul Malvey | Draft Schedule of Refunding Announcement. | Withheld in part. Deliberative Process. Internal draft document from agency personnel containing opinions and advice regarding schedule and strategy of communicating Quarterly Refunding. |
| TREAS-00243-00248 | November 2, 2001 | Memorandum | Thomas M. McGivern | David Aufhauser, George Wolfe | Weekly Report | Withheld in full. The majority of the document is not-responsive. Work Product. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00249-00257 | November 9, 2001 | Memorandum | Thomas M. McGivern | David Aufhauser, George Wolfe | Weekly Report | Withheld in full. Non-responsive. Work Product. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00258-00263 | November 16, 2001 | Memorandum | Thomas M. McGivern | David Aufhauser, George Wolfe | Weekly Report | Withheld in full. The majority of the document is not-responsive. Work Product. Agency counsel communication for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |

38

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00264-00265 | Unknown | Notes | Cindy Reese | | 30 Year Bond Investigation | Withheld in full. The majority of the document is not-responsive. Work Product. Agency counsel notes for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00266 | Unknown | Notes | Counsel in Office of General Counsel at the United States Department of the Treasury | | 30 Year Bond Investigation | Withheld in full. Work Product. Law Enforcement. Agency counsel notebook containing handwritten notes for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00267 | Unknown | Notes | Counsel in Office of General Counsel at the United States Department of the Treasury | | 30 Year Bond Investigation | Withheld in full. Work Product. Law Enforcement. Agency counsel notebook containing handwritten notes for the dominant purpose of conducting or aiding in the conduct of contemplated legal proceedings. The document contains information contemplated for law enforcement purposes. |
| TREAS-00268 | Unknown | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

39

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00269 | November 7, 2001 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |
| TREAS-00270 | November 21, 2001 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |
| TREAS-00271 | November 15, 2001 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |
| TREAS-00272 | November 14, 2001 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |

40

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

| Doc. No. | Date | Type of Document | Author | Recipient(s) | General Subject Matter | Basis for Withholding |
|---|---|---|---|---|---|---|
| TREAS-00273 | November 14, 2001 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect inves tigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |
| TREAS-00274 | November 15, 2001 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |
| TREAS-00275 | November 15, 2001 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |
| TREAS-00276 | January 14, 2002 | Notes | Treasury, OIG Investigator | | 30 Year Bond Investigation | Withheld in full. Law enforcement. Asserted to protect investigators' handwritten notes that would reveal investigative techniques and strategy. Deliberative process. Asserted to protect investigators' handwritten notes prepared to advise superiors and to make recommendations based on the results of an investigation. |

CONFIDENTIAL TREATMENT REQUESTED BY THE UNITED STATES DEPARTMENT OF THE TREASURY

41

EXHIBIT 3



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

December 19, 2006

**BY E-MAIL**

John A. Shope, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

     Re: Frances Anderson

Dear Mr. Shope:

This letter is in response to your September 19, 2006 request that the Treasury Department locate and produce a "disc" that Ms. Frances Anderson referred to in her August 3, 2006 deposition. In that deposition, Ms Anderson stated that she saved a copy of a draft press release regarding the suspension of the 30-year Treasury bond (PO 749) on her computer's hard drive or on a computer diskette on October 31, 2001. In addition to her previous efforts to locate responsive documents related to the *Touhy* request from the Securities and Exchange Commission regarding this case, following your letter Ms. Anderson conducted a search for this document on computer diskettes. In addition, the Treasury Department's information technology staff also searched for the document on the hard drive on Ms. Anderson's computer. No diskette that included the document was found, nor was the document found on her computer's hard drive. We note, however, that a number of copies of PO 749 have previously been produced.

If you have any further questions please contact me at 202-622-2317.

                              Sincerely,

                              *Thomas M. McGivern*

                              Thomas M. McGivern

ec: Erica Williams, Esq.
     John Rossetti, Esq.
     U.S. Securities and Exchange Commission