UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>STEVEN E. NOTHERN,<br><br>　　　　　Defendant. | Civil Action No. 05-10983 (NMG)<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT STEVEN NOTHERN'S MOTION TO COMPEL PRODUCTION OF JUSTICE DEPARTMENT DOCUMENTS IN THE SEC'S POSSESSION

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.1, and for the reasons set forth in the accompanying memorandum of law, defendant Steven E. Nothern hereby moves for an order compelling the plaintiff Securities and Exchange Commission to produce the following Bates-stamped documents listed on its privilege log: SECNOTH 136630-648, 136650-654, 136667-671, 136655-658, 136672-675, 136779-782, 136661-666, 136678-683, and 137300-310.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Steven E. Nothern hereby requests the Court to schedule an oral argument in connection with his Motion to Compel.

STEVEN E. NOTHERN

By his attorneys,

/s/ John A. Shope
Nicholas C. Theodorou, BB0 #495730
John A. Shope, BBO #562056
Robert E. Toone, BBO # 663249
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
jjs@foleyhoag.com

**CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) AND 37.1**

I, John A. Shope, hereby certify that on January 29, 2007, as set forth in the accompanying memorandum of law, I conferred with counsel for the SEC and attempted in good faith to resolve or narrow the issues raised in the present motion.

/s/ John A. Shope

Dated:  February 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ John A. Shope