UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : CA No. 05-10983 (NMG) |
| v. | : |
| STEVEN E. NORTHERN, | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah L. Levine of the United States Securities and Exchange Commission as counsel for plaintiff in the above-captioned matter.

Respectfully submitted,

/s/ Sarah L. Levine

Sarah L. Levine (BBO# 651718)
Erica Y. Williams (BBO#EYW-1040)
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4511 (Levine)
(202) 551-7245 (Levine fax)
levinesa@sec.gov

Dated: May 7, 2007