**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Mail Stop 4010
Washington, D.C. 20549-4010A

**FROM:**
Erica Williams
Assistant Chief Litigation Counsel
Division of Enforcement

| | |
|---|---|
| Telephone Number: | (202) 551-4450 |
| Facsimile Number: | (202) 772-9245 |
| E-mail: | williamsc@sec.gov |

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

The Honorable Leo T. Sorokin        Office:  617-748-4231 (Maria Simeone)
                                    Fax:     617-748-9096

Date: May 29, 2007

Total Number of Pages, Including Cover Sheet: __3__

Message: Submission attached from the SEC in *SEC v. Nothern*, 05 CIV. 10983 (NMG).

**Confidentiality Notice**

This message may contain confidential or privileged information, which the sender intends that only the addressee(s) receive. If you receive it in error, please do not disclose this message to any other person. Please also telephone Ms. Williams immediately, at the above number. She will give you instructions for handling this message. Please also return the original to her by the U.S Mail, at the address above. Thank you.



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F STREET, N.E.
WASHINGTON, D.C. 20549-4010

DIVISION OF
ENFORCEMENT

Erica Y. Williams
Assistant Chief Litigation Counsel
Telephone: (202) 551-4450
Facsimile: (202) 772-9245
Williamse@sec.gov

May 29, 2007

**By Facsimile**

The Honorable Leo T. Sorokin
United States District Magistrate Judge
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    <u>Securities and Exchange Commission v. Steven E. Nothern</u>, Case No. 05-10983 (NMG)

Dear Magistrate Judge Sorokin:

    I represent the Plaintiff Securities and Exchange Commission ("SEC") in the above-referenced matter. I am writing to bring to the Court's attention what appears to be a typographical error in the Court's Order issued May 22, 2007 denying defendant Steven E. Nothern's Motion to Compel Production of Justice Department Documents in the SEC's Possession.

    On page five of its Order, the Court cites to paragraph three of the November 17, 2006 affidavit of John J. Rossetti Jr. (Docket # 48) which states, in part, "The USAO also shared certain information with the SEC that was <u>not</u> gathered through the use of a grand jury." (emphasis added) In its Order, the Court appears to have inadvertently omitted the word "not" from the cited text. The Court's Order reads "Moreover, Mr. Rossetti's affidavit indicated that the Justice Department made an access request to the SEC whereby that agency shared with the USAO certain information uncovered in the course of its investigation, and the Justice Department likewise shared with the SEC certain information gathered via grand jury proceedings." (Docket #81 at 5).

    The SEC respectfully requests that the Court amend its May 22, 2007 Order to correct the apparent typographical error described above. Counsel for the SEC has consulted with counsel for Mr. Nothern, who does not object to the SEC's request.

Honorable Leo T. Sorokin
U.S. District Court
May 29, 2007
Page 2

    Thank you for your consideration of this matter. The SEC would be happy to provide the Court with any additional information the Court deems necessary.

                Respectfully submitted,

                *Erica Y. Williams*

                Erica Y. Williams

cc:    John Shope, Esq.
       Counsel for Defendant Steven E. Nothern