UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : | Civil Action No. 05-10983 (NMG) |
| Plaintiff, | : : |  |
| v. | : : |  |
| STEVEN E. NOTHERN, | : : |  |
| Defendant. | : : |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), kindly withdraw the appearance of Kevin B. Currid as counsel of record for Defendant Steven E. Nothern in the above-captioned matter. The undersigned is departing Foley Hoag LLP. The Defendant will continue to be represented by the other attorneys at Foley Hoag LLP whose Appearances are on file.[1]

Dated: September 12, 2007                               Respectfully submitted,

                                                        */s/ Kevin B. Currid*
                                                        Kevin B. Currid (BBO #644413)
                                                        FOLEY HOAG LLP
                                                        Seaport World Trade Center West
                                                        155 Seaport Boulevard
                                                        Boston, MA 02210-2600
                                                        Telephone: (617) 832-1200
                                                        Facsimile: (617-832-7000

---

[1] Pursuant to Local Rule 83.5.2(a), John A. Shope, Nicholas C. Theodorou and Robert E. Toone, Jr. have filed notices of appearance this action.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Kevin B. Currid*