UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN E. NOTHERN,<br><br>Defendant. | Civil Action No. 05-10983 (NMG) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Jessica V. Barnett as counsel for Defendant Steven E. Nothern in the above-captioned matter. As of December 28, 2007, Ms. Barnett will no longer be associated with Foley Hoag LLP and will be unable to represent Mr. Nothern. The Defendant will continue to be represented by the other attorneys at Foley Hoag LLP whose appearances are on file.

Dated: December 20, 2007

Respectfully submitted,

*/s/ Jessica V. Barnett*
Jessica V. Barnett (BBO #650535)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-3029
Facsimile: (617) 832-7000

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jessica V. Barnett*