```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff ) | |
| v. ) | CIVIL ACTION NO. 05-10983-NMG |
| STEVEN E. NOTHERN, ) | |
| Defendant ) | |

**ORDER**

Joint motion to continue trial is **ALLOWED**, in part, and **DENIED**, in part, in that the following amended scheduling order is hereby entered:

Non-expert witness depositions to be completed by February 29, 2008;

Expert disclosures due by March 31, 2008;

Expert depositions to be completed by May 15, 2008;

Dispositive motions due by June 15, 2008;

Responses to dispositive motions due by July 15, 2008;

Pretrial conference will be held on Thursday October 9, 2008, at 3:00 P.M.;

Trial will commence on Monday, November 3, 2008 at 9:00 A.M. The parties are further notified that the Court has, simultaneously with the entry of this order, entered an order in the related case, Nothern v. United States Department of

<u>Treasury</u>, No. 07-CV-10347-NMG (D. Mass) that the defendant in that case shall, without fail, make available to plaintiff for the taking of their depositions, the subject five current and former Treasury employees on or before February 29, 2008.

**So Ordered.**

                                              /s/Nathaniel M. Gorton
                                              Nathaniel M. Gorton
                                              United States District Judge

Dated: January 11, 2008