UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | Civil Action No. 05-CV-10983 (NMG) |
| Plaintiff, | ) |  |
| v. | ) ) |  |
| STEVEN E. NOTHERN, | ) ) |  |
| Defendant. | ) ) |  |

**DECLARATION OF PAUL F. MALVEY FILED IN SUPPORT OF THE U.S. SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANT'S MOTION TO TAKE SUPPLEMENTAL DEPOSITIONS**

I, Paul F. Malvey, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury as follows:

1. In October 2001, I served as the Director of the Office of Market Finance at the United States Department of the Treasury.

2. To my knowledge, I am not related to Jack Malvey of Lehman Brothers. While I do not believe that I am related to Jack Malvey, if any relation does exist, I believe it is distant, and due to the fact that we share the same last name and our families both originated from Ireland.

3. I have only communicated with Jack Malvey on a few limited occasions and have not communicated with him since sometime in the 1990's.

4. I did not provide Jack Malvey, Drew Matus or anyone at Lehman Brothers with pre-announcement information concerning the United States Department of Treasury's decision to cancel the 30-year bond in October 2001.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on Apr 1, 2008

_____
Paul F. Malvey