United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN E. NOTHERN,<br><br>    Defendant. | Civil Action No.<br>05-10983-NMG |

### VERDICT FORM

Do you, the jury, unanimously find that the plaintiff, **the United States Securities and Exchange Commission**, has proven, by a preponderance of the evidence, each and every element of its claim that the defendant, **Steven E. Nothern**, engaged in insider trading in violation of Section 10(b) of the Securities and Exchange Act of 1934 and SEC Rule 10b-5?



Yes  X          No _____

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION BUT **DO NOT REVEAL YOUR VERDICT TO THE MARSHAL.** THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

June 22, 2009
Date

[signature]
Foreperson