

**FOLEY HOAG** LLP

Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 main
617 832 7000 fax

Katherine B. Schmeckpeper
617 832 3102 direct
kschmeckpeper@foleyhoag.com

September 4, 2009

**Hand Delivery**

Craig Nicewicz
Courtroom Clerk
U.S. District Court for the
District of Massachusetts
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   *United States Securities and Exchange Commission v. Nothern,*
      Civil Action No. 05-10983 (NMG) (D. Mass.)

Dear Mr. Nicewicz:

Enclosed please find a DVD containing Video Testimony Played at Trial by defendant Steven Nothern for the following witnesses: Stephen Berardi, Jill Cetina, Brian Collins, Michele Davis, Peter Fisher, David Harris, Patrick Haskell and Jill Ouseley.

If you have any questions, please call me.

Best regards,

Katherine B. Schmeckpeper

KBS:mkg

Enclosure

cc:   Erica Y. Williams, Esquire
      Nicholas C. Theodorou, Esquire
      John A. Shope, Esquire
      Robert E. Toone, Esquire